AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Great Western Insurance Company | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-06249 (VSB) |
| Mark Graham et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sancus Capital Blue Credit Opportunities Fund, Ltd.

Date: 08/20/2018

/s Jack Yoskowitz
*Attorney's signature*

Jack Yoskowitz, Bar No. JY3935
*Printed name and bar number*

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
*Address*

yoskowitz@sewkis.com
*E-mail address*

(212) 574-1200
*Telephone number*

(212) 480-8421
*FAX number*