UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPH RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM.<br><br>Defendants. | Case No. 18-cv-06249 (VSB)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Sancus Capital Blue Credit Opportunities Fund, Ltd. ("Sancus Blue"), a private non-governmental party, certifies that there is no parent corporation of Sancus Blue and no publicly held corporation owning 10% or more of its stock.

- 2 -

Dated: New York, New York
August 20, 2018

                                              SEWARD & KISSEL LLP

By:   /s Jack Yoskowitz
Jack Yoskowitz
Laura Miller
One Battery Park Plaza
New York, New York 10004
Tel. (212) 574-1200
Fax: (212) 480-8421
yoskowitz@sewkis.com
millerl@sewkis.com

*Attorneys for Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd.*