AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Great Western Insurance Company ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-06249 (VSB) |
| Mark Graham et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sancus Capital Blue Credit Opportunities Fund, Ltd.

Date:    08/20/2018

/s Laura Miller
*Attorney's signature*

Laura Miller, Bar No. LM0168
*Printed name and bar number*

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

*Address*

millerl@sewkis.com
*E-mail address*

(212) 574-1200
*Telephone number*

(212) 480-8421
*FAX number*