# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

JACK YOSKOWITZ
PARTNER
(212) 574-1215
yoskowitz@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 20, 2018

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Great Western Ins. Co. v. Mark Graham et al.*,
           Case No. 1:18-cv-06249 (VSB)

Dear Judge Broderick:

    We represent Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd. ("Sancus Blue") in the above-captioned matter. At present, the deadline for Sancus Blue to answer, move, or otherwise respond to the Complaint is September 4, 2018.

    We write to respectfully request an extension of this deadline to September 28, 2018. Such an extension will allow us further time to assess the Complaint with our client. Further, we understand that other Defendants have received a similar extension (*see* ECF Nos 16, 22), which will allow the parties to proceed on a coordinated schedule.

    We have received Plaintiff's consent to this request. No prior request for such an extension has been made by Sancus Blue, and no scheduling order needs to be amended, per Rule 1(H) of Your Honor's Individual Rules.

                           Respectfully submitted,

                           Jack Yoskowitz

cc: Counsel of Record (via ECF)