UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>         Plaintiff,<br><br> v.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM,<br><br>         Defendants. | Hon. Vernon S. Broderick<br><br>No. 18 CV 6249 (VSB)<br><br>ECF Case<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants, Cygnet 001 Master Trust, Cygnet 001 Master Trust Series 2011-A, Cygnet 001 Master Trust Series 2011-C, and Cygnet 001 Master Trust Series 2013-A (collectively, the "Cygnet Defendants") certifies that the Cygnet Defendants are a Delaware statutory series trust formed by the execution of a trust agreement and the filing of a certificate of trust with the Secretary of State of Delaware in compliance with the provisions of the Delaware Statutory Trust Act. This statutory series trust has no parent corporation nor has it issued any stock (and thus no publicly held corporation owns 10% or more thereof).

4835-9083-8640.1

BAKER & HOSTETLER LLP

By: /s/ Michael S. Gordon
     Michael S. Gordon

45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4265
Facsimile:  (212) 589-4290
mgordon@bakerlaw.com

*Attorneys for Defendants,*
*Cygnet 001 Master Trust,*
*Cygnet 001 Master Trust  Series 2011-A,*
*Cygnet 001 Master Trust Series 2011-C, and*
*Cygnet 001 Master Trust Series 2013-A*