UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>                                 Plaintiff,<br><br>    v.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM,<br><br>                                 Defendants. | Hon. Vernon S. Broderick<br><br>No. 18 CV 6249 (VSB)<br><br>ECF Case<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant, Regatta Holdings LLC ("Regatta") certifies that Regatta is a private, non-governmental entity that has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                            BAKER & HOSTETLER LLP

                                            By: /s/ Michael S. Gordon
                                                  Michael S. Gordon

                                            45 Rockefeller Plaza
                                            New York, New York 10111
                                            Telephone:  (212) 589-4265
                                            Facsimile:  (212) 589-4290
                                            mgordon@bakerlaw.com

                                            *Attorneys for Defendant*
                                            *Regatta Holdings LLC*