UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY     Case No. 18 cv 6249 (VLB)(SN)

                 Plaintiff,

   - against -                                             **AFFIRMATION OF SERVICE**

MARK GRAHAM, et. al.

                Defendants,

-----------------------------------------------------------------------X

I, Stephen W. McInerney, affirm that the following is true and correct:

1. I am an associate at Sidley Austin LLP and am one of the lawyers representing Plaintiff Great Western Insurance Company in the above-captioned action.

2. On August 1, 2018, by agreement between counsel for Plaintiff and Lawrence Iason as counsel for, and on behalf of, Defendants Mark Graham, Blue Capital Management, Inc., and Blue Alternative Asset Management LLC, I served true and complete copies of the Summons in a Civil Action, Complaint and Demand for Trial by Jury with exhibits, Plaintiffs Rule 7.1 Disclosure, Civil Cover Sheet, Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Individual Rules and Practices in Civil Cases of Vernon S. Broderick, United States District Judge, Individual Practices in Civil Cases of Sarah Netburn, United States Magistrate Judge, via email and Federal Express Overnight service.

3. On August 1, 2018, by agreement between counsel for Plaintiff and Michael Gordon as counsel for, and on behalf of, Defendants Donald Solow, Regatta Holdings LLC, Cygnet 001 Master Trust, Cygnet 001 Master Trust Series 2011-A, Cygnet 001 Master Trust Series 2011-C, Cygnet 001 Master Trust Series 2013-A, I served true and complete copies of the Summons in a Civil Action, Complaint and Demand for Trial by Jury with exhibits, Plaintiffs Rule 7.1 Disclosure, Civil Cover Sheet, Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Individual Rules and Practices in Civil Cases of Vernon S. Broderick, United States District Judge, Individual Practices in Civil Cases of Sarah Netburn, United States Magistrate Judge, via email and Federal Express Overnight service.

4. On August 16, 2018, by agreement between counsel for Plaintiff and Daniel Rhynhart as counsel for, and on behalf of, Defendant Wilmington Savings Fund Society, Christiana Trust, I served true and complete copies of the Summons in a Civil Action, Complaint and Demand for Trial by Jury with exhibits, Plaintiffs Rule 7.1 Disclosure, Civil Cover

Sheet, Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Individual Rules and Practices in Civil Cases of Vernon S. Broderick, United States District Judge, Individual Practices in Civil Cases of Sarah Netburn, United States Magistrate Judge, via email and Federal Express Overnight service.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2018 in Chicago, Illinois.

*Steph McI[signature]*
Stephen W. McInerney