UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
Attorney: Sidley Austin LLP  
Address: 787 Seventh Avenue New York, NY 10019

Job #: 1430388

GREAT WESTERN INSURANCE COMPANY

Index Number: 18cv6249

Plaintiff

vs

MARK GRAHAM, et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Baldeo C. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/14/2018, at 11:17 AM at: 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 Deponent served Summons in a Civil Action Filed 07/11/2018, Complaint Filed 07/10/2018 and Demand for Trial by Jury, Plaintiffs Rule 7.1 Disclosure, Civil Cover Sheet, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Individual Rules & Practices In Civil Cases of Vernon S. Broderick, United States District Judge and Individual Practices in Civil Cases of Sarah Netburn, United States Magistrate Judge

On: SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD. C/O: SANCUS CAPITAL MANAGEMENT LP, therein named.

Said documents were conformed with index number endorsed thereon.

☒ #1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/Agency
By delivering thereat a true copy of each to Roxanne B. Biasucci personally. Deponent knew said entity to be the corporation /partnership/ trust/LLC/ agency/ P.C./ banking institution/ insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Chief Financial Officer thereof, authorized to accept on behalf.

☒ #2 DESCRIPTION  
Sex: Female   Color of skin: White        Color of hair: Blonde    Glasses: No  
Age: 26-35    Height: 5ft 0inch - 5ft 3inch    Weight: 161-200 Lbs.

☐ #3 WITNESS FEES  
Subpoena Fee Tendered in the amount of $

#4 OTHER  
☒ Roxanne B. Biasucci, Chief Financial Officer stated that she was authorized to accept service on behalf of SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD. C/O: SANCUS CAPITAL MANAGEMENT LP

Sworn to before me on 08/23/2018

LATCHME DEVI MUNSWAMI  
Notary Public, State of New York  
Registration No. 01MU6332029  
Qualified in Queens County  
Certificate filed in New York County  
Commission Expires 10/26/2019

Baldeo C. Drepaul  
DCA License# 1450713

Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542