UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
Attorney: Sidley Austin LLP  
Address: 787 Seventh Avenue New York, NY 10019

Job #: 1430384

GREAT WESTERN INSURANCE COMPANY

Index Number: 18cv6249

Plaintiff

vs

MARK GRAHAM, et al

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Baldeo C. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/14/2018, at 1:59 PM at: 54 WEST 40TH STREET, NEW YORK, NY 10018 Deponent served Summons in a Civil Action Filed 07/11/2018, Complaint Filed 07/10/2018 and Demand for Trial by Jury, Plaintiffs Rule 7.1 Disclosure, Civil Cover Sheet, Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Individual Rules & Practices in Civil Cases of Vernon S. Broderick, United States District Judge and Individual Practices in Civil Cases of Sarah Netburn, United States Magistrate Judge,

On: **BLUE ELITE FUND LTD.**, therein named.

Said documents were conformed with index number endorsed thereon.

☒ #1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/Agency
By delivering thereat a true copy of each to Melanie DeCinque personally. Deponent knew said entity to be the corporation /partnership/ trust/LLC/ agency/ P.C./ banking institution/ insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Assistant thereof, authorized to accept on behalf.

☒ #2 DESCRIPTION
Sex: Female   Color of skin: White   Color of hair: Blonde   Glasses: No
Age: 26-35   Height: 5ft 0inch - 5ft 3inch   Weight: 100-130 Lbs.

☐ #3 WITNESS FEES
Subpoena Fee Tendered in the amount of $

#4 OTHER
☒ Ms. DeCinque stated that she is authorized to accept on behalf of BLUE ELITE FUND LTD.

Sworn to before me on 08/23/2018

LATCHME DEVI MUNSWAMI  
Notary Public, State of New York  
Registration No. 01MU6332029  
Qualified in Queens County  
Certificate filed in New York County  
Commission Expires 10/26/2019

Baldeo C. Drepaul  
DCA License# 1450713

COURT SUPPORT, INC., 181 HILLSIDE AVENUE, WILLISTON PARK, NY 11596 LICENSE #1382542