IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action |
| | : No. 1:18-cv-06249-VSG-SN |
| MARK GRAHAM, *et al.*, | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

I am admitted and otherwise authorized to practice in this court, and I appear in this case as counsel for Wilmington Savings Fund Society, FSB and Christiana Trust.

                        Respectfully submitted,

                        BLANK ROME LLP

      BY:  */s/ Huaou Yan*
               Huaou Yan, Esq. (Bar No. HY8128)
               One Logan Square
               130 North 18th Street
               Philadelphia, PA 19103-6998
               (215) 569-5774
               hyan@blankrome.com

               *Attorney for Defendants Wilmington Savings*
               *Fund Society, FSB and Christiana Trust*

Dated:  September 5, 2018