UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Great Western Insurance Company

                Plaintiff,

-against-

Mark Graham, et al.

                Defendant.
-------------------------------------------------------

Case No. 1:18-cv-06249-VSB

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Huaou Yan__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __HY8128__    My State Bar Number is __5223862__

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: Cravath, Swaine & Moore LLP
    FIRM ADDRESS: 825 Eighth Avenue, New York, NY 10019
    FIRM TELEPHONE NUMBER: (212) 474-1000
    FIRM FAX NUMBER: (212) 474-3700

NEW FIRM:
    FIRM NAME: Blank Rome LLP
    FIRM ADDRESS: One Logan Square, Philadelphia, PA 19103
    FIRM TELEPHONE NUMBER: (215) 569-5449
    FIRM FAX NUMBER: (215) 569-5555

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 09/05/2018

ATTORNEY'S SIGNATURE