### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

---

GREAT WESTERN INSURANCE COMPANY, :

                        Plaintiff,  :     Civil Action

v.                              :     No. 1:18-cv-06249-VSG-SN

MARK GRAHAM, *et al.*,          :

               Defendants.  :

---

### (PROPOSED) STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for certain of the parties to this action that, subject to the approval of the Court, Defendants Wilmington Savings Fund Trust, FSB and Christiana Trust's deadline to answer, move, or otherwise respond to the Complaint in this matter is extended through and including September 28, 2018.

**AGREED TO BY THE PARTIES:**

_____
Gerard D. Kelly, Esq. (admitted *pro hac vice*)
Stephen W. McInerney, Esq. (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Email: gkelly@sidley.com
Email: smcinerney@sidley.com

Michael Patrick Morrissey, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5687
Email: mmorrissey@sidley.com

_____
Alan M. Lieberman, Esq.
Huzou Yan, Esq.
Daniel E. Rhynhart, Esq.*
Stephanie C. Chomentowski, Esq.*
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5000
rhynhart@blankrome.com
alieberman@blankrome.com
chomentowski@blankrome.com
hyan@blankrome.com

*Attorneys for Defendants Wilmington Savings Fund Society, FSB and Christiana Trust*

\* *Pro Hac Vice* Pending

Nicholas Kord Lagemann, Esq.
McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
225 Liberty Street
New York, NY 10281
(212) 483-9490
Email: nlagemann@mdmc-law.com

*Attorneys for Plaintiff Great Western*
*Insurance Company*

**SO ORDERED:**

_____

Judge Vernon S. Broderick, J.