

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING   HONG KONG   SHANGHAI<br>BOSTON   HOUSTON   SINGAPORE<br>BRUSSELS   LONDON   SYDNEY<br>CHICAGO   LOS ANGELES   TOKYO<br>DALLAS   NEW YORK   WASHINGTON, D.C.<br>FRANKFURT   PALO ALTO<br>GENEVA   SAN FRANCISCO |
| smcinerney@sidley.com<br>(312) 853 3766 | FOUNDED 1866 |

September 10, 2018

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Great Western Ins. Co. v. Mark Graham et al.*, Case No. 18-06249 (VSB)

Dear Judge Broderick:

    We represent Plaintiff Great Western Insurance Company ("Great Western") in the above-captioned matter. We write to update you on our efforts to serve certain foreign defendants in this case. Although the 90-day time limit for service set forth in Fed. R. Civ. P. 4(m) "does not apply to service in a foreign country," we wanted to provide the Court with an update on service, given the number of defendants, both foreign and domestic, in this case.

    On August 16, 2018, pursuant to Fed. R. Civ. P. 4(f), we filed a request under the *1965 Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* with the Central Authorities of the Cayman Islands, Bahamas, and Bermuda for service of process, in accordance with local rules for service, on defendants Alpha Re Holdings Limited, Atlantic Specialty Finance, Edward Brendan Lynch, and Gregory Tolaram.

    On August 27, 2018, defendant Edward Brendan Lynch was properly served under local rules, in-person, in the Bahamas. *See* Dkt. No. 43.

    At this time, the Central Authorities are still in the process of serving defendants Alpha Re Holdings Limited, Atlantic Specialty Finance, and Gregory Tolaram. Once service is properly effectuated on each of these defendants, we will file proof of service as to each such defendant.

    Respectfully submitted,

    *Stephen McInerney*

    Stephen W. McInerney
    (admitted *pro hac vice*)

cc:    Counsel of Record (via ECF)