UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>              Plaintiffs,<br><br>              v.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM,<br><br>              Defendants. | Civil Action No.: 1:18-cv-06249-VSB<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Melissa S. Geller of Duane Morris, LLP hereby enters her appearance on behalf of Defendants Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd., and Mark Graham in the above captioned matter.

- 2 -

I certify that I am admitted to practice in this Court

Dated: September 10, 2018

DUANE MORRIS LLP

By:      /s/ Melissa S. Geller
     Melissa S. Geller
     E-mail: msgeller@duanemorris.com
     One Riverfront Plaza
     1037 Raymond Blvd., Suite 1800
     Newark, NJ 07102-5429
     Telephone: +1 973 424 2000
     Fax: +1 973 424 2001

*Attorneys for Defendants Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd., and Mark Graham*