UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM,<br><br>Defendants. | Civil Action No.: 1:18-cv-06249-VSB<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that P. Ryan McElduff of Duane Morris, LLP appears on behalf of Defendants Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd., and Mark Graham in the captioned matter.

- 2 -

I certify that I am admitted to practice in this Court

Dated: September 11, 2018

                                                                                                                  DUANE MORRIS LLP

                                                      By:       */s/ P. Ryan McElduff*
                                                                    P. Ryan McElduff
                                                                    E-mail:   prmcelduff@duanemorris.com
                                                                    One Riverfront Plaza
                                                                    1037 Raymond Blvd., Suite 1800
                                                                    Newark, NJ 07102-5429
                                                                    Telephone: +1 973 424 2000
                                                                    Fax: +1 973 424 2001

                                                                    *Attorneys for Defendants Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd., and Mark Graham*