UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY<br><br>                                Plaintiff,<br><br>  vs.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM,<br><br>                                Defendants. | Case No. 18-cv-06249-VSB |

To the Clerk of this Court and all parties of record:

      Please enter my appearance in this case as counsel for defendant Edward Brendan Lynch.  I certify that I am admitted to practice in this Court.

Dated: September 12, 2018        THOMPSON & KNIGHT LLP

                                                   /s/ Andy S. Oh
                                           Andy S. Oh, Esq.
                                  THOMPSON & KNIGHT LLP
                                  900 Third Avenue, 20th Floor
                                  New York, New York 10022
                                  Tel: (212) 751-3537
                                  Fax: (214) 880-3116
                                  Email: andy.oh@tklaw.com

                                  *Counsel for defendant Edward Brendan Lynch*