**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GREAT WESTERN INSURANCE COMPANY,

                                    Plaintiff,

        v.

MARK GRAHAM, et. al.,

                                    Defendants

Hon. Vernon S. Broderick

No. 18 CV 6249 (VSB)

ECF Case

**<u>NOTICE OF APPEARANCE</u>**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendants, Donald Solow; Regatta Holdings LLC; Cygnet 001 Master Trust; Cygnet 001 Master Trust Series 2011-A; Cygnet 001 Master Trust Series 2011-C; and Cygnet 001 Master Trust Series 2013-A.  All notices given or required to be given in this case and all papers filed in this case to be served upon the undersigned counsel.

Dated:  September 12, 2018
              New York, New York

**BAKER & HOSTETLER LLP**

/s/ *Marco Molina*
Marco Molina
45 Rockefeller Plaza
New York, NY 10111-0100
Tel.: (212) 589-4231
Fax: (212) 589-4201
mmolina@bakerlaw.com

*Attorneys for Defendants*
*Donald Solow, Regatta Holdings LLC, Cygnet*
*001 Master Trust, Cygnet 001 Master Trust*
*Series 2011-A, Cygnet 001 Master Trust Series*
*2011-C, and Cygnet 001 Master Trust Series*
*2013-A*