# EXHIBIT C

Case 1:18-cv-06249-VSB    Document 56-3    Filed 09/12/18    Page 2 of 17

Page 1

1    IN THE MATTER OF:                                    )

2    GREAT WESTERN INSURANCE COMPANY                      )

3            And                                          )

4    ALPHA RE LIMITED                                     )

5

6

7

8

9

10

11

12            REPORT OF PROCEEDINGS had

13    telephonically in the above-entitled matter,

14    beginning at 2:02 PM, January 17, 2018.

15

16

17

18

19

20

21

22

23    Reported by:  Jacqueline Shenberger, CSR

24    License No.:  084 001524

FILED: NEW YORK COUNTY CLERK 03/29/2018 02:09 PM
NYSCEF DOC. NO. 19

INDEX NO. 151977/2018
RECEIVED NYSCEF: 03/29/2018

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 3 of 17

1    APPEARANCES:

2    SIDLEY AUSTIN

3    BY: MR. GERARD KELLY

4    One South Dearborn

5    Chicago, Illinois 60603

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 3

 1              (Proceedings commenced at 2:02).

 2      MS. NERGAARD:  Diane Nergaard.

 3      MR. KELLY:  Gerard Kelly.

 4      MR. MCINERNEY:  Steve McInerney.

 5      MR. LORING:  This is Dennis Loring.  And I

 6  need to say something off the record before we

 7  start.

 8              (Whereupon, a discussion was had

 9                off the record.)

10      MR. TOBIN:  Tom Tobin and Brian Lindquist

11  from Great Western is here.

12      MR. KELLY:  This is Gerard Kelly, Jackie.  I

13  think we can go on the record now.  Mr. Tobin, I

14  don't believe that Alpha Re is going to

15  participate based on the e-mail we got.

16      MR. IASON:  Mr. Kelly and Mr. Tobin, I'd just

17  like to tell you -- Larry Iason.  With me are

18  Richard Wineberg and Miranda Endenbo.

19      MR. TOBIN:  This is Tom Tobin.  I understand

20  that Alpha will not be joining us.  However, I

21  suppose that still leaves us with the first part

22  of the agenda that you suggested, that is

23  discussing a way to complete the examinations

24  pursuant to the subpoenas.  But I'll leave that

Page 4

1   up to you and you, Jerry Kelly and Mr. Iason to

2   discuss that.  I don't think we have very much

3   to say about that.

4      MR. KELLY:  This is Gerard Kelly and yes, I

5   think we've made our record clear that we have a

6   valid subpoena and that the arbitration is not

7   finished.  You know, there are recaptured and

8   other issues that have also been raised.

9           Now, Mr. Iason, you may be aware of

10  this and maybe not, but we were informed just a

11  short while ago by Michael Gordon, counsel for

12  Alpha Re, that Alpha Re has placed itself in

13  voluntary liquidation.  We see nothing with

14  respect to that, so we don't know the

15  particulars and Mr. Gordon was good enough to

16  give me a call before sending the e-mail to let

17  me know it was coming.  And he indicated to me

18  he will not be participating in today's call so

19  that's why he's not on.

20     MR. IASON:  Thank you, Mr. Kelly for that

21  explanation.  You've expressed your views, I

22  think the panel and Mr. Kelly you all know that

23  we disagree, we are participating in this

24  conference call out of respect for the panel and

Page 5

1   for you, Mr. Kelly.  But as you know, better

2   than we, you have an award, I think it's 126

3   million dollars against Alpha Re and there's a

4   judgment of the Southern District confirming

5   that award and you may want to pursue recapture

6   against Alpha Re.  We have nothing to say about

7   that.  So it seems to us, despite your

8   disagreement that the arbitration is at an end

9   and we do not feel obliged to appear for Mr.

10  Graham's deposition nor do we intend to produce

11  documents.

12      MR. KELLY:  Again, just briefly to respond to

13  that, our position -- this is Gerard Kelly

14  again, Jackie.  Our position remains that it is

15  for the panel to determine if the arbitration is

16  over, it clearly is not by its terms.  And

17  evidenced from Mr. Graham, who throughout these

18  proceedings has been identified by Alpha Re as a

19  person with knowledge concerning these assets,

20  would most certainly be directly relevant to

21  recapture, which would involve recovery of these

22  assets.  I mean, our position remains unchanged,

23  we believe that Umpire Tobin's communication on

24  the panel's position that the proceedings are

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 7 of 17

Page 6

1    going forward, remains the correct one.  And

2    obviously, this changes certain circumstances

3    with respect to Alpha Re, is a different issue,

4    but at least with respect to what we know thus

5    far, it does not change the significance or the

6    validity of the subpoena from our perspective.

7        MR. IASON:  One other point I would like to

8    make is that I think that you are, Mr. Kelly,

9    are trying to use this arbitration to obtain

10   discovery from Mr. Graham through Capital

11   Management and Blue Alternative Asset Management

12   in a way that's not permissible towards bringing

13   a lawsuit against our clients.  But in any

14   event, continue to hold the belief that the

15   arbitration is over.

16       MR. KELLY:  I think I adequately stated our

17   position.  So you know, Umpire Tobin, and the

18   panel, I don't think we need time, you know, we

19   rest our case with respect to that particular

20   issue.

21       MR. TOBIN:  This is Tom Tobin again.  I find

22   it baffling that anybody would suggest that an

23   arbitration is over to the arbitrators who are

24   continuing to work on the arbitration.  But in

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 8 of 17

Page 7

1    any event, that's neither here nor there.  The

2    remedy for the Blue Company's failure to appear,

3    appears to me to be something that the

4    Petitioner, Great Western, has to pursue outside

5    the context of the arbitration.

6         MR. KELLY:  And it is our intention to do

7    that, again, with the caveat that we're not sure

8    what the impact is, if any, of what we've been

9    informed of with respect to Alpha Re, but it

10   will be our intention to do so.  And Mr. Iason,

11   obviously, I'll be touch with you in that

12   regard.

13        MR. TOBIN:  In that case, Mr. Iason, Mr.

14   Wineberg, the other -- we'll terminate the call.

15        MR. IASON:  I take it there's no need for us

16   to stay on, we should just disconnect now, is

17   that right?

18        MR. KELLY:  Yes, this is Gerard, yes, I

19   agree.

20        MR. IASON:  Do you confirm that, Mr. Kelly?

21        MR. KELLY:  Yes, we agree.

22        MR. IASON:  So we're hanging up now.  Good

23   day.

24        MR. KELLY:  Thank you.

Page 8

1    MR. TOBIN:  So Blue Company's are gone now, I

2 guess we can't really pursue an organizational

3 meeting for items that are left over from the

4 original organizational meeting without having

5 the other party present.  So I think it's now,

6 at least so far as I can judge, Gerard Kelly, to

7 pursue the subpoenas and figure out how to get

8 the liquidator, if there is such a liquidator

9 involved in the arbitration.  Whatever it is

10 that you judge appropriate, under the

11 circumstances.

12    MR. KELLY:  Thank you.  That would be our

13 intention to, you know, obviously we still have,

14 I think I included everybody on the e-mail that

15 I sent out just a few minutes ago, requesting a

16 copy of the filing.  Hopefully, if and when Mr.

17 Gordon gets it he'll just do a reply to all so

18 the panel will all see it.  But, yeah, we have

19 to figure out what's going on.  And I think what

20 we will do is we will pursue the subpoenas.  And

21 once we get greater clarity with respect to the

22 significance of what Alpha Re does, we will be

23 in touch with the panel and hopefully in

24 conjunction with the liquidator, but it's not --

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 10 of 17

Page 9

1    I just don't know, I mean, we really haven't

2    figured that out.  But our limited, so far very

3    limited understanding of Cayman's Law is that

4    there will be a liquidator, exactly who that

5    will be, I think it's not clear yet.

6         MR. TOBIN:  Apart from the agenda, the panel

7    conferred earlier, I haven't actually heard from

8    Dennis Loring, however, we had a discussion

9    after the meeting on November 29th with respect

10   to billing and the possible need for an escrow

11   for our arbitrator fees in this particular

12   arbitration, given the precarious nature of

13   Great Western's suggestion at that time, which

14   evidently have come to fruition.  So I know I've

15   got one bill outstanding for the quarter ending

16   December 31 and I understand that Diane is in

17   the position to send another bill with respect

18   to Alpha Re.  I don't know what you want to do

19   about that, but I leave it to your review and

20   thought with your client as to whether or not we

21   want to do an escrow or whether or not the

22   client wants to undertake the cost of the panel

23   pending some further clarification.

24        MR. KELLY:  Mr. Lindquist and I will

1   certainly discuss that.  Thank you.  And I guess

2   I'd ask Mr. Lindquist, I know we had gotten

3   Umpire Tobin your bill and I think Mr. Lindquist

4   was processing it for payment.  So maybe we can

5   get an update on that.

6       MR. LINDQUIST:  I believe that check was sent

7   out, did you receive it, Tom?

8       MR. TOBIN:  No, I have not received it yet,

9   but it's only been a short period of time.  I'm

10  not complaining.

11      MR. LORING:  I am owed no money, I received

12  all I've applied for.

13      MR. KELLY:  We'll obviously -- this is Gerard

14  Kelly again, discuss this with our client and

15  you know, and I guess address that one way or

16  the other as to the next time that this group is

17  convened presumably telephonically.  Along --

18      MS. NERGAARD:  This is Diane.  I mean, I

19  don't know the law obviously as the Cayman,

20  we'll obviously appreciate you advising us.  So

21  am I -- is the panel to assume that since the

22  liquidator has been appointed similar to a 362

23  stay?

24      MR. KELLY:  Well, no, we don't know that.

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 12 of 17

Page 11

1   But if it is, our very limited understanding is

2   that if it's a voluntary liquidation there is no

3   stay.

4        MS. NERGAARD:  Okay.

5        MR. KELLY:  But that's, you know, we haven't

6   seen.  We've been informed it's a voluntary

7   liquidation, but we have not seen it, we'll have

8   to be advised.  But right now as far as -- our

9   understanding is that there is no stay.

10       MS. NERGAARD:  Okay.  Thank you.

11       MR TOBIN:  If there's nothing else, I guess

12  we can terminate this telephone conference, and

13  we look forward to hearing back from you with

14  respect to arbitrator fees.

15       MR. KELLY:  Thank you, thank you very much,

16  everybody.

17            (Proceedings concluded at 2:14)

18

19

20

21

22

23

24

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 13 of 17

Page 12

1    STATE OF ILLINOIS       )

2                            )    SS:

3    COUNTY OF C O O K       )

4

5      I Jacqueline Shenberger, being first duly

6    sworn, on oath says that she is a court reporter

7    doing business in the City of Chicago; and that

8    she reported in shorthand the proceedings of

9    said hearing, and that the foregoing is a true

10   and correct transcript of her shorthand notes so

11   taken as aforesaid, and contains the proceedings

12   given at said hearing.

13

14

15      Jacqueline Shenberger, CSR

16      LIC. NO. 084-001524

17

18

19

20

21

22

23

24

[001524 - evidenced]

**0**

**001524** 1:24
**084** 1:24
**084-001524** 12:16

**1**

**126** 5:2
**17** 1:14

**2**

**2018** 1:14
**29th** 9:9
**2:02** 1:14 3:1
**2:14** 11:17

**3**

**31** 9:16
**362** 10:22

**6**

**60603** 2:5

**a**

**address** 10:15
**adequately** 6:16
**advised** 11:8
**advising** 10:20
**aforesaid** 12:11
**agenda** 3:22 9:6
**ago** 4:11 8:15
**agree** 7:19,21
**alpha** 1:4 3:14,20
  4:12,12 5:3,6,18
  6:3 7:9 8:22 9:18
**alternative** 6:11
**anybody** 6:22
**apart** 9:6
**appear** 5:9 7:2
**appearances** 2:1
**appears** 7:3
**applied** 10:12
**appointed** 10:22
**appreciate** 10:20

**appropriate** 8:10
**arbitration** 4:6 5:8
  5:15 6:9,15,23,24
  7:5 8:9 9:12
**arbitrator** 9:11
  11:14
**arbitrators** 6:23
**asset** 6:11
**assets** 5:19,22
**assume** 10:21
**austin** 2:2
**award** 5:2,5
**aware** 4:9

**b**

**back** 11:13
**baffling** 6:22
**based** 3:15
**beginning** 1:14
**belief** 6:14
**believe** 3:14 5:23
  10:6
**better** 5:1
**bill** 9:15,17 10:3
**billing** 9:10
**blue** 6:11 7:2 8:1
**brian** 3:10
**briefly** 5:12
**bringing** 6:12
**business** 12:7

**c**

**c** 12:3
**call** 4:16,18,24
  7:14
**capital** 6:10
**case** 6:19 7:13
**caveat** 7:7
**cayman** 10:19
**cayman's** 9:3
**certain** 6:2

**certainly** 5:20
  10:1
**change** 6:5
**changes** 6:2
**check** 10:6
**chicago** 2:5 12:7
**circumstances** 6:2
  8:11
**city** 12:7
**clarification** 9:23
**clarity** 8:21
**clear** 4:5 9:5
**clearly** 5:16
**client** 9:20,22
  10:14
**clients** 6:13
**come** 9:14
**coming** 4:17
**commenced** 3:1
**communication**
  5:23
**company** 1:2
**company's** 7:2 8:1
**complaining** 10:10
**complete** 3:23
**concerning** 5:19
**concluded** 11:17
**conference** 4:24
  11:12
**conferred** 9:7
**confirm** 7:20
**confirming** 5:4
**conjunction** 8:24
**contains** 12:11
**context** 7:5
**continue** 6:14
**continuing** 6:24
**convened** 10:17
**copy** 8:16
**correct** 6:1 12:10

**cost** 9:22
**counsel** 4:11
**county** 12:3
**court** 12:6
**csr** 1:23 12:15

**d**

**day** 7:23
**dearborn** 2:4
**december** 9:16
**dennis** 3:5 9:8
**deposition** 5:10
**despite** 5:7
**determine** 5:15
**diane** 3:2 9:16
  10:18
**different** 6:3
**directly** 5:20
**disagree** 4:23
**disagreement** 5:8
**disconnect** 7:16
**discovery** 6:10
**discuss** 4:2 10:1,14
**discussing** 3:23
**discussion** 3:8 9:8
**district** 5:4
**documents** 5:11
**doing** 12:7
**dollars** 5:3
**duly** 12:5

**e**

**e** 3:15 4:16 8:14
**earlier** 9:7
**endenbo** 3:18
**entitled** 1:13
**escrow** 9:10,21
**event** 6:14 7:1
**everybody** 8:14
  11:16
**evidenced** 5:17

Case 1:18-cv-06249-VSB   Document 56-3   Filed 09/12/18   Page 15 of 17

**evidently** 9:14
**exactly** 9:4
**examinations** 3:23
**explanation** 4:21
**expressed** 4:21

**f**

**failure** 7:2
**far** 6:5 8:6 9:2 11:8
**feel** 5:9
**fees** 9:11 11:14
**figure** 8:7,19
**figured** 9:2
**filing** 8:16
**find** 6:21
**finished** 4:7
**first** 3:21 12:5
**foregoing** 12:9
**forward** 6:1 11:13
**fruition** 9:14
**further** 9:23

**g**

**gerard** 2:3 3:3,12 4:4 5:13 7:18 8:6 10:13
**give** 4:16
**given** 9:12 12:12
**go** 3:13
**going** 3:14 6:1 8:19
**good** 4:15 7:22
**gordon** 4:11,15 8:17
**gotten** 10:2
**graham** 5:17 6:10
**graham's** 5:10
**great** 1:2 3:11 7:4 9:13
**greater** 8:21

**group** 10:16
**guess** 8:2 10:1,15 11:11

**h**

**hanging** 7:22
**he'll** 8:17
**heard** 9:7
**hearing** 11:13 12:9,12
**hold** 6:14
**hopefully** 8:16,23

**i**

**iason** 3:16,17 4:1,9 4:20 6:7 7:10,13 7:15,20,22
**identified** 5:18
**illinois** 2:5 12:1
**impact** 7:8
**included** 8:14
**indicated** 4:17
**informed** 4:10 7:9 11:6
**insurance** 1:2
**intend** 5:10
**intention** 7:6,10 8:13
**involve** 5:21
**involved** 8:9
**issue** 6:3,20
**issues** 4:8
**items** 8:3

**j**

**jackie** 3:12 5:14
**jacqueline** 1:23 12:5,15
**january** 1:14
**jerry** 4:1
**joining** 3:20
**judge** 8:6,10

**judgment** 5:4

**k**

**k** 12:3
**kelly** 2:3 3:3,12 3:12,16 4:1,4,4,20 4:22 5:1,12,13 6:8 6:16 7:6,18,20,21 7:24 8:6,12 9:24 10:13,14,24 11:5 11:15
**know** 4:7,14,17,22 5:1 6:4,17,18 8:13 9:1,14,18 10:2,15 10:19,24 11:5
**knowledge** 5:19

**l**

**larry** 3:17
**law** 9:3 10:19
**lawsuit** 6:13
**leave** 3:24 9:19
**leaves** 3:21
**left** 8:3
**lic** 12:16
**license** 1:24
**limited** 1:4 9:2,3 11:1
**lindquist** 3:10 9:24 10:2,3,6
**liquidation** 4:13 11:2,7
**liquidator** 8:8,8,24 9:4 10:22
**look** 11:13
**loring** 3:5,5 9:8 10:11

**m**

**mail** 3:15 4:16 8:14
**management** 6:11 6:11

**matter** 1:1,13
**mcinerney** 3:4,4
**mean** 5:22 9:1 10:18
**meeting** 8:3,4 9:9
**michael** 4:11
**million** 5:3
**minutes** 8:15
**miranda** 3:18
**money** 10:11

**n**

**nature** 9:12
**need** 3:6 6:18 7:15 9:10
**neither** 7:1
**nergaard** 3:2,2 10:18 11:4,10
**notes** 12:10
**november** 9:9

**o**

**o** 12:3,3
**oath** 12:6
**obliged** 5:9
**obtain** 6:9
**obviously** 6:2 7:11 8:13 10:13,19,20
**okay** 11:4,10
**once** 8:21
**organizational** 8:2 8:4
**original** 8:4
**outside** 7:4
**outstanding** 9:15
**owed** 10:11

**p**

**panel** 4:22,24 5:15 6:18 8:18,23 9:6 9:22 10:21
**panel's** 5:24

**part** 3:21
**participate** 3:15
**participating** 4:18 4:23
**particular** 6:19 9:11
**particulars** 4:15
**party** 8:5
**payment** 10:4
**pending** 9:23
**period** 10:9
**permissible** 6:12
**person** 5:19
**perspective** 6:6
**petitioner** 7:4
**placed** 4:12
**pm** 1:14
**point** 6:7
**position** 5:13,14 5:22,24 6:17 9:17
**possible** 9:10
**precarious** 9:12
**present** 8:5
**presumably** 10:17
**proceedings** 1:12 3:1 5:18,24 11:17 12:8,11
**processing** 10:4
**produce** 5:10
**pursuant** 3:24
**pursue** 5:5 7:4 8:2 8:7,20

**q**
**quarter** 9:15

**r**
**raised** 4:8
**really** 8:2 9:1
**recapture** 5:5,21
**recaptured** 4:7

**receive** 10:7
**received** 10:8,11
**record** 3:6,9,13 4:5
**recovery** 5:21
**regard** 7:12
**relevant** 5:20
**remains** 5:14,22 6:1
**remedy** 7:2
**reply** 8:17
**report** 1:12
**reported** 1:23 12:8
**reporter** 12:6
**requesting** 8:15
**respect** 4:14,24 6:3,4,19 7:9 8:21 9:9,17 11:14
**respond** 5:12
**rest** 6:19
**review** 9:19
**richard** 3:18
**right** 7:17 11:8

**s**
**says** 12:6
**see** 4:13 8:18
**seen** 11:6,7
**send** 9:17
**sending** 4:16
**sent** 8:15 10:6
**shenberger** 1:23 12:5,15
**short** 4:11 10:9
**shorthand** 12:8,10
**sidley** 2:2
**signature** 12:14
**significance** 6:5 8:22
**similar** 10:22
**south** 2:4

**southern** 5:4
**ss** 12:2
**start** 3:7
**state** 12:1
**stated** 6:16
**stay** 7:16 10:23 11:3,9
**steve** 3:4
**subpoena** 4:6 6:6
**subpoenas** 3:24 8:7,20
**suggest** 6:22
**suggested** 3:22
**suggestion** 9:13
**suppose** 3:21
**sure** 7:7
**sworn** 12:6

**t**
**take** 7:15
**taken** 12:11
**telephone** 11:12
**telephonically** 1:13 10:17
**tell** 3:17
**terminate** 7:14 11:12
**terms** 5:16
**thank** 4:20 7:24 8:12 10:1 11:10 11:15,15
**think** 3:13 4:2,5 4:22 5:2 6:8,16,18 8:5,14,19 9:5 10:3
**thought** 9:20
**time** 6:18 9:13 10:9,16
**tobin** 3:10,10,13 3:16,19,19 6:17,21 6:21 7:13 8:1 9:6 10:3,8 11:11

**tobin's** 5:23
**today's** 4:18
**tom** 3:10,19 6:21 10:7
**touch** 7:11 8:23
**transcript** 12:10
**true** 12:9
**trying** 6:9

**u**
**umpire** 5:23 6:17 10:3
**unchanged** 5:22
**understand** 3:19 9:16
**understanding** 9:3 11:1,9
**undertake** 9:22
**update** 10:5
**use** 6:9

**v**
**valid** 4:6
**validity** 6:6
**views** 4:21
**voluntary** 4:13 11:2,6

**w**
**want** 5:5 9:18,21
**wants** 9:22
**way** 3:23 6:12 10:15
**we've** 4:5 7:8 11:6
**western** 1:2 3:11 7:4
**western's** 9:13
**wineberg** 3:18 7:14
**work** 6:24

| y |
| --- |
| **yeah**  8:18 |