# EXHIBIT E

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on June 5, 2018.

Present - Hon. David Friedman,           Justice Presiding,
         Judith J. Gische
         Peter Tom
         Cynthia S. Kern
         Anil C. Singh,                  Justices.

---------------------------------------x
In the Matter of the Application of
Mark Graham, et al.,
    Petitioners-Appellants,

For an order Pursuant to CPLR 2304                M-2105
Quashing the Post-Judgment Subpoena,        Index No. 151977/18
Duces Tecum and Ad Testificandum,

    -against-

Great Western Insurance Company,
    Respondent-Respondent.
---------------------------------------x

An appeal having been taken to this Court from the order of the Supreme Court, New York County, entered on or about April 3, 2018,

And petitioners-appellants having moved for a stay of all proceedings pending hearing and determination of the aforesaid appeal,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

It is ordered that the motion is denied.

ENTERED:

_____
CLERK