AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Great Western Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-06249 (VSB) |
| Mark Graham et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sancus Capital Blue Credit Opportunities Fund, Ltd.

Date: 09/13/2018

/s Shrey Sharma
*Attorney's signature*

Shrey Sharma, Bar No. SS0513
*Printed name and bar number*

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
*Address*

sharma@sewkis.com
*E-mail address*

(212) 574-1376
*Telephone number*

(212) 480-8421
*FAX number*