IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action |
| | : No. 1:18-cv-06249-VSG-SN |
| MARK GRAHAM, *et al.*, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

I am admitted *pro hac vice* and authorized to practice before the Court in this case, and I appear in this case as counsel for Wilmington Savings Fund Society, FSB and Christiana Trust.

        Respectfully submitted,

        BLANK ROME LLP

BY:  /s/ *Stephanie C. Chomentowski*
       Stephanie C. Chomentowski, Esq.
       (admitted *pro hac vice*)
       One Logan Square
       130 North 18th Street
       Philadelphia, PA 19103-6998
       (215) 569-5344
       chomentowski@blankrome.com

       *Attorney for Defendants Wilmington Savings Fund Society, FSB and Christiana Trust*

Dated: September 25, 2018