IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GREAT WESTERN INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action |
|  | : No. 1:18-cv-06249-VSG-SN |
| MARK GRAHAM, *et al.*, | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

I am admitted *pro hac vice* and authorized to practice before the Court in this case, and I appear in this case as counsel for Wilmington Savings Fund Society, FSB and Christiana Trust.

    Respectfully submitted,

    BLANK ROME LLP

BY: /s/ Daniel E. Rhynhart
    Daniel E. Rhynhart
    (admitted *pro hac vice*)
    One Logan Square
    130 North 18th Street
    Philadelphia, PA 19103-6998
    (215) 569-5371
    rhynhart@blankrome.com

    *Attorney for Defendants Wilmington Savings*
    *Fund Society, FSB and Christiana Trust*

Dated: September 26, 2018