UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREAT WESTERN INSURANCE COMPANY

        Case No. 1:18-cv-06249-VSB

        Plaintiff,

vs.

MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CUYGNET001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS \9CAYMAN\0 LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITEFUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM.

        Defendants.

## AFFIDAVIT OF SERVICE

I, Wendy Bolton, Process Server for Canadian Process Serving Inc., of the City of Owen Sound, of the Province of Ontario,

MAKE OATH AND SAY:

On August 6, 2018 at 11:45 a.m., I did personally serve John Drake with the Summons in a Civil Action (Date filed 07/11/2018), Complaint (Date filed 07/10/2018) with Exhibits A-D, Civil Cover Sheet, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Judge Vernon S. Broderick's Individual Rules & Practices in Civil Cases, Magistrate Judge Sarah Netburn's Individual Practices in Civil Cases and Local Rules of the United States District Courts for the Southern and Eastern Districts of New York at 12 Whippoorwill Road, Lion's Head, Ontario N0H 1W0.

Description of John Drake is as follows:

Description of John Drake is as follows:
Sex: Male
Skin: Caucasian
Hair: White
Height: 5'11 (estimate)
Weight: 170 lbs (estimate)
Facial Hair: None
Other: no visible scars or tattoos

1. I was able to identify John Drake by means of verbal acknowledgment.

**SWORN BEFORE ME** at the City of                )
Owen Sound, in the Province of Ontario   )
on this  9th day of October, 2018                   )

_____          _____
A Commissioner for Taking Affidavits              Wendy Bolton, Process Server

