Eric R. Breslin
P. Ryan McElduff
Melissa S. Geller
Leah A. Mintz (admitted *pro hac vice*)
**DUANE MORRIS LLP**
***A Delaware Limited Liability Partnership***
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102-5429
*Attorneys for Mark Graham, Blue Capital Management, Inc.,*
*Blue Alternative Asset Management, LLC,*
*Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| MARK GRAHAM, DONALD SOLOW, BLUE | : |
| CAPITAL MANAGEMENT, INC., BLUE | : |
| ALTERNATIVE ASSET MANAGEMENT LLC, | : |
| WILMINGTON SAVINGS FUND SOCIETY, | : CIVIL ACTION NO. |
| FSB, CHRISTIANA TRUST, REGATTA | : 1:19-CV-06249 (VSB) |
| HOLDINGS LLC, CYGNET 001 MASTER | : |
| TRUST, CYGNET 001 MASTER TRUST SERIES | : **NOTICE OF MOTION TO DISMISS** |
| 2011-A, CYGNET 001 MASTER TRUST SERIES | : **COMPLAINT PURSUANT TO FED. R.** |
| 2011-C, CYGNET 001 MASTER TRUST SERIES | : **CIV. P. 12(b)(2) AND 12(b)(6) BY BLUE** |
| 2013-A, ALPHA RE LIMITED, ALPHA RE | : **DEFENDANTS** |
| HOLDINGS (CAYMAN) LIMITED, ATLANTIC | : |
| SPECIALTY FINANCE, BLUE ELITE FUND | : |
| LTD., BLUE ELITE FUND LP, BLUE II LTD., | : |
| SANCUS CAPITAL BLUE CREDIT | : |
| OPPORTUNITIES FUND LTD., ABILITY | : |
| INSURANCE COMPANY, JOHN DRAKE, | : |
| EDWARD BRENDAN LYNCH, AND GREGORY | : |
| TOLARAM. | : |
| | : |
| Defendants. | : |

**TO:**   Michael P. Morrissey, Esq.
Steven M. Bierman, Esq.
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019

Nicholas K. Lagemann, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
225 Liberty Street, 36th Floor,
New York, NY 10281

Gerard D. Kelly, Esq.
Stephen W. McInerney, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

PLEASE TAKE NOTICE that on a date and time set at the convenience of the Court,

Defendants Mark Graham, Blue Capital Management, Inc., Blue Alternative Asset Management,

LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., and Blue II, Ltd., by and through their

attorneys Duane Morris LLP, shall move before the Honorable Vernon S. Broderick, United

States District Judge for the Southern District of New York, at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York, for an Order dismissing Plaintiff's

First Amended Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(2)

and (6).  In support of this motion, Defendants will rely on the accompanying memorandum of

law and declaration.  Oral argument is requested.

Dated:  October 31, 2018

**DUANE MORRIS LLP**
**A DELAWARE LIMITED LIABILITY PARTNERSHIP**

_____/s/ Eric R. Breslin_____

By:    Eric R. Breslin, Esq.
       P. Ryan McElduff, Esq.
       Melissa S. Geller, Esq.
       Leah A. Mintz, Esq. (admitted _pro hac vice_)
       **DUANE MORRIS LLP**
       **A Delaware Limited Liability Partnership**
       One Riverfront Plaza
       1037 Raymond Blvd., Suite 1800
       Newark, NJ 07102-5429
       Telephone: +1 973 424 2000
       Fax: +1 973 424 2001
       ERBreslin@duanemorris.com
       PRMcElduff@duanemorris.com
       MSGeller@duanemorris.com
       LMintz@duanemorris.com
       _Attorneys for Mark Graham, Blue Capital_
       _Management, Inc., Blue Alternative Asset_
       _Management, LLC, Blue Elite Fund, Ltd.,_
       _Blue Elite Fund, L.P., Blue II, Ltd.,_

DM1\9130393.1