UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>           - against-<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM.<br><br>                      Defendants. | Case No. 1:18-cv-06249-VSB |

## NOTICE OF MOTION TO DISMISS

## THE SPECIFIC CLAIMS PLEADED AGAINST ABILITY INSURANCE COMPANY

**PLEASE TAKE NOTICE** that upon, (i) the Complaint filed on July 10, 2018, in the above-captioned action; (ii) the accompanying Declaration of Hal S. Shaftel, with attached exhibits; and (iii) the accompanying Memorandum of Law in Support of its Motion to Dismiss

the Specific Claims Pleaded Against Movant, defendant Ability Insurance Company ("Ability") will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Vernon S. Broderick, at the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Complaint as against Ability, with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
          October 31, 2018

                                                    GREENBERG TRAURIG, LLP


                                                    By: /s/ Hal S. Shaftel
                                                          Hal S. Shaftel

                                                    200 Park Avenue
                                                    New York, New York 10166
                                                    (212) 801-9200
                                                    shaftelh@gtlaw.com

                                                    *Attorneys for Defendant*
                                                    *Ability Insurance Company*