UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY<br><br>                Plaintiff,<br><br>vs.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPH RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM.<br><br>                Defendants. | Case No. 18-cv-06249 (VSB)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and all the prior pleadings and proceedings herein, Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd. ("Sancus"), by and through its attorneys, Seward & Kissel LLP, will move this Court before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 518, New York, New York 10007, at a time and date convenient for the Court, for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) dismissing the First Amended Complaint filed by Great Western Insurance Company with prejudice as to Sancus, and granting such other and further relief as the Court deems just and proper.

New York, New York
October 31, 2018

        Respectfully submitted,

        SEWARD & KISSEL LLP

        By:   /s Jack Yoskowitz
        Jack Yoskowitz
        Laura E. Miller
        Shrey Sharma
        One Battery Park Plaza
        New York, New York 10004
        Tel. (212) 574-1200
        Fax: (212) 480-8421
        yoskowitz@sewkis.com
        millerl@sewkis.com
        sharma@sewkis.com

        *Attorneys for Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd.*