# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY, | |
| Plaintiff, | Civil Action |
| v. | No. 1:18-cv-06249-VSG-SN |
| MARK GRAHAM, *et al.*, | |
| Defendants. | |

## DEFENDANTS WILMINGTON SAVINGS FUND SOCIETY, FSB AND CHRISTIANA TRUST'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wilmington Savings Fund Society, FSB and Christiana Trust certify that: Christiana Trust is a division of Wilmington Savings Fund Society, FSB, and Wilmington Savings Fund Society, FSB is a wholly-owned subsidiary of WSFS Financial Corporation, a publicly-held corporation.

Respectfully submitted,

Dated: October 31, 2018

*/s/ Huaou Yan*
Alan M. Lieberman, Esq.
Huaou Yan, Esq.
Daniel E. Rhynhart, Esq.*
Stephanie C. Chomentowski, Esq.*
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 885-5000
alieberman@blankrome.com
hyan@blankrome.com
rhynhart@blankrome.com
chomentowski@blankrome.com

*Attorneys for Defendants Wilmington Savings Fund Society, FSB and Christiana Trust*

\* Admitted *Pro Hac Vice*