UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLERAM,<br><br>        Defendants. | CIVIL ACTION NO.<br>18-cv-06249 (VSB) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF BLUE DEFENDANTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Blue Capital Management Inc. ("BCM"), Blue Alternative Asset Management LLC ("BAAM"), Blue Elite Fund, Ltd., Blue Elite Fund L.P., and Blue II, Ltd. certifies the following:

    1.    BCM is a private non-governmental party with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. BAAM is a private non-governmental party with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. Blue Elite Fund Ltd. is a private non-governmental party with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

4. Blue Elite Fund L.P. is a private non-governmental party with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

5. Blue II, Ltd. is a private non-governmental party with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: November 1, 2018
Newark, New Jersey

/s/ Eric R. Breslin
Eric R. Breslin, Esq.
P. Ryan McElduff, Esq.
Melissa S. Geller, Esq.
Leah A. Mintz, Esq. (admitted *pro hac vice*)
**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-5429
Telephone: +1 973 424 2000
Fax: +1 973 424 2001
ERBreslin@duanemorris.com
PRMcElduff@duanemorris.com
MSGeller@duanemorris.com
LMintz@duanemorris.com
*Attorneys for Mark Graham, Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd.,*