UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE CO.,<br><br>    *Plaintiff*,<br><br> vs.<br><br>MARK GRAHAM, et al.,<br><br>    *Defendants*. | Case No. 18-CV-6249 |

To the Clerk of this Court and all parties of record:

 Please enter my appearance in this case as counsel for defendant Edward Brendan Lynch.  I certify that I am admitted to practice in this Court.

Dated:  November 21, 2018    LAW OFFICE OF ANDY S. OH, PLLC

                  /s/ Andy S. Oh
                 Andy S. Oh, Esq.
               111 South Street, Penthouse
               New York, New York 10038
               Tel: (718) 813-5025
               andyohlegal@outlook.com

               *Counsel for defendant Edward Brendan Lynch*