**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                                           :

GREAT WESTERN INSURANCE COMPANY  :

                                                           :      Civil Action No. 18-cv-06249-VSB

                     Plaintiff,         :

                                                           :      Hon. Vernon S. Broderick

       vs.                                              :

                                                           :

MARK GRAHAM, DONALD SOLOW, BLUE  :      **NOTICE OF APPEARANCE**
CAPITAL MANAGEMENT, INC., BLUE     :
ALTERNATIVE ASSET MANAGEMENT LLC, :
WILMINGTON SAVINGS FUND SOCIETY,  :
FSB, CHRISTIANA TRUST, REGATTA     :
HOLDINGS LLC, CYGNET 001 MASTER    :
TRUST, CYGNET 001 MASTER TRUST SERIES :
2011-A, CYGNET 001 MASTER TRUST SERIES :
2011-C, CYGNET 001 MASTER TRUST SERIES :
2013-A, ALPHA RE LIMITED, ALPHA RE  :
HOLDINGS (CAYMAN) LIMITED, ATLANTIC :
SPECIALTY FINANCE, BLUE ELITE FUND :
LTD., BLUE ELITE FUND LP, BLUE II LTD., :
SANCUS CAPITAL BLUE CREDIT        :
OPPORTUNITIES FUND LTD., ABILITY  :
INSURANCE COMPANY, JOHN DRAKE,   :
EDWARD BRENDAN LYNCH, AND       :
GREGORY TOLARAM.                     :
                                                         :
                    Defendants.      :
                                                         :
------------------------------------- x

To: The Clerk of the Court and all parties of record:

      I am admitted to practice in this court Pro Hac Vice, and I appear in this case as counsel for Defendant Gregory Tolaram.

Dated: 11/30/2018                               **KENNEDYS CMK LLP**

                                                S/ Shaun I. Blick
                                                Shaun I. Blick
                                                Kennedys CMK LLP
                                                120 Mountain View Boulevard
                                                Basking Ridge, New Jersey 07920
                                                Telephone: (908) 848-6300
                                                Fax: (908) 848-6310
                                                Email: shaun.blick@kennedyscmk.com
                                                *Attorneys for Defendant Gregory Tolaram*