**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                         :

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY : | |
| : | Civil Action No. 18-cv-06249-VSB |
| Plaintiff, : | |
| : | Hon. Vernon S. Broderick |
| vs. : | |
| : | |
| MARK GRAHAM, DONALD SOLOW, BLUE : | **NOTICE OF APPEARANCE** |
| CAPITAL MANAGEMENT, INC., BLUE : | |
| ALTERNATIVE ASSET MANAGEMENT LLC, : | |
| WILMINGTON SAVINGS FUND SOCIETY, : | |
| FSB, CHRISTIANA TRUST, REGATTA : | |
| HOLDINGS LLC, CYGNET 001 MASTER : | |
| TRUST, CYGNET 001 MASTER TRUST SERIES : | |
| 2011-A, CYGNET 001 MASTER TRUST SERIES : | |
| 2011-C, CYGNET 001 MASTER TRUST SERIES : | |
| 2013-A, ALPHA RE LIMITED, ALPHA RE : | |
| HOLDINGS (CAYMAN) LIMITED, ATLANTIC : | |
| SPECIALTY FINANCE, BLUE ELITE FUND : | |
| LTD., BLUE ELITE FUND LP, BLUE II LTD., : | |
| SANCUS CAPITAL BLUE CREDIT : | |
| OPPORTUNITIES FUND LTD., ABILITY : | |
| INSURANCE COMPANY, JOHN DRAKE, : | |
| EDWARD BRENDAN LYNCH, AND : | |
| GREGORY TOLARAM. : | |
| : | |
| Defendants. : | |
| : | |

------------------------------------- x

To: The Clerk of the Court and all parties of record:

      I am admitted to practice in this court, and I appear in this case as counsel for Defendant Gregory Tolaram.

Dated: 11/29/2018  **KENNEDYS CMK LLP**

S/ Joseph P. McNulty
Joseph P. McNulty
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
Telephone: (908) 848-6300
Fax: (908) 848-6310
Email: joe.mcnulty@kennedyscmk.com
*Attorneys for Defendant Gregory Tolaram*