AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Great Western Insurance Company | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 18-cv-06249 (VSB) |
| Mark Graham et al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sancus Capital Blue Credit Opportunities Fund, Ltd.                                                                            .

Date:   12/10/2018

/s Andrew Jacobson
*Attorney's signature*

Andrew Jacobson, Bar No. 5117726
*Printed name and bar number*

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
*Address*

jacobsona@sewkis.com
*E-mail address*

212-574-1477
*Telephone number*

212-480-8421
*FAX number*