AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> MARK GRAHAM, ET AL., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-06249-VSB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PLEASE SEE RIDER ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Steven M. Bierman | Gerard D. Kelly | Nicholas K. Lagemann |
| Michael P. Morrissey | Stephen W. McInerney | Mcelroy, Deutsch, |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP | Mulvaney & Carpenter LLP |
| 787 Seventh Avenue | 1 South Dearborn | 225 Liberty Street, 36th Fl |
| New York, New York 1001 | Chicago, Illinois 60608 | New York, New York 10281 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/20/2018

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-06249-VSB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER

1. **Advantage Capital Holdings, LLC**
   49 W 23rd Street, 8th Floor
   New York, NY 10010

2. **Dan Cathcart**
   c/o Advantage Capital Holdings, LLC
   49 W 23rd Street, 8th Floor
   New York, NY 10010

3. **Kenneth King**
   c/o Advantage Capital Holdings, LLC
   49 W 23rd Street, 8th Floor
   New York, NY 10010