UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
Attorney: Sidley Austin LLP  
Address: 787 Seventh Avenue, Floor 23 New York, NY 10019

Job #: 1433432

| GREAT WESTERN INSURANCE COMPANY | Index Number: 1:18-cv-06249-VSB |
|---|---|
| vs  *Plaintiff* | |
| MARK GRAHAM, et al | |
| *Defendant* | |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Baldeo C. Drepaul, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/20/2018**, at **1:11 PM** at: **49 WEST 23RD STREET, 8TH FLOOR, NEW YORK, NY 10010** Deponent served **Summons in a Civil Action and Second Amended Complaint and Demand for Trial by Jury**

On: **ADVANTAGE CAPITAL HOLDINGS, LLC**, therein named.

Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/Agency**
By delivering thereat a true copy of each to Frank Mayer personally. Deponent knew said entity to be the corporation /partnership/ trust/LLC/ agency/ P.C./ banking institution/ insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Counsel thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Black    Glasses: No
Age: 36-50    Height: 5ft 9inch - 6ft 0inch    Weight: 161-200 Lbs.

Sworn to before me on 12/21/2018

LATCHME DEVI MUNSWAMI  
Notary Public, State of New York  
Registration No. 01MU6332029  
Qualified in Queens County  
Certificate filed in New York County  
Commission Expires 10/26/2019

Baldeo C. Drepaul  
DCA License# 1450713