UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Attorney: Sidley Austin LLP
Address: 787 Seventh Avenue, Floor 23 New York, NY 10019

Job #: 1433433

**GREAT WESTERN INSURANCE COMPANY**

vs

**MARK GRAHAM, et al**

Plaintiff

Defendant

Index Number: 1:18-cv-06249-VSB
Client's File No.:
Court Date:
Date Filed:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **12/20/2018**, at **1:11 PM** at: **49 WEST 23RD STREET, 8TH FLOOR, NEW YORK, NY 10010** Deponent served the within **Summons In a Civil Action and Second Amended Complaint and Demand for Trial by Jury**
On: **DAN CATHCART C/O: ADVANTAGE CAPITAL HOLDINGS, LLC**, therein named.

Said documents were conformed with Index number endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Frank Mayer (Counsel) a person of suitable age and discretion who stated that he/she is authorized to accept service. Said premises is recipient's :[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Black    Glasses: No
Age: 36-50    Height: 5ft 9inch - 6ft 0inch    Weight: 161-200 Lbs.    Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 12/26/2018

LATCHME DEVI MUNSWAMI
Notary Public, State of New York
Registration No. 01MU6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2019

Baldeo C. Drepaul
DCA License # 1450713

☒ **#6 MAILING**
Baldeo C. Drepaul being duly sworn, deposes and says: that deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: **12/26/2018** to **DAN CATHCART C/O: ADVANTAGE CAPITAL HOLDINGS, LLC** at **49 WEST 23RD STREET, 8TH FLOOR, NEW YORK, NY 10010** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to before me on 12/26/2018

LATCHME DEVI MUNSWAMI
Notary Public, State of New York
Registration No. 01MU6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2019

Baldeo C. Drepaul
DCA License # 1450713

*Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542*