| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

January 16, 2019

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 1/17/2019

BY ECF

Honorable Vernon S. Broderick
United States District Court Southern
District of New York
40 Foley Square
New York New York 10007

    Re:    <u>**Great Western Insurance Co. v. Mark Graham, et al., Case No. 18-06249 (VSB)**</u>

Dear Judge Broderick:

    We are the attorneys for defendant Mark Graham and defendant-entities Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., and Blue II, Ltd. (together, the "Blue Defendants"). In Plaintiff's Second Amended Complaint, they have added new defendants and new allegations, all of which impact our clients. We plan to file a motion to dismiss the Second Amended Complaint in this matter on or before February 5, 2019, in accordance with the Scheduling Order issued on December 26, 2018. (Dkt. No. 114.) We write now to request permission to file a memorandum of law in support of that motion that shall not exceed 30 pages, rather than the 25 pages allowed under the Local Rules and Your Honor's Individual Rules and Practices in Civil Cases.

    At least one of our clients is named in most of the causes of action, with at least one Blue Defendant named in nine counts. (Dkt. No. 106.) Our arguments will necessarily need to be individualized where appropriate for each defendant. In addition, we plan raise a challenge to personal jurisdiction over some of the Blue Defendants, as we did in our initial motion to dismiss. (Dkt. No. 73.)

    Our Memorandum of Law in support of our Motion to Dismiss the First Amended Complaint was just under the page limit, and it was a struggle to include all the necessary

DuaneMorris

Honorable Vernon S. Broderick
January 16, 2019
Page 2

arguments in response to the First Amended Complaint within that limit.  Now, in addition to the arguments we made previously, we will need to address the new allegations contained in the Second Amended Complaint, including complex arguments related to RICO and personal jurisdiction.

      We respectfully submit that there is good cause for giving the Blue Defendants an additional five pages so that we can adequately address the litany of allegations and claims asserted against our clients.

      We thank the Court for its courtesy in considering this application.

Respectfully submitted,

/s/ Eric R. Breslin
Eric R. Breslin

cc:  All Counsel of Record (by ECF)