UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK               Case No. 18-CV-6249

GREAT WESTERN INSURANCE CO.,

       Plaintiff,
  vs.

MARK GRAHAM, et al.,

       Defendants.

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for defendant Gregory Tolaram.  I certify that I am admitted to practice in this Court.

Dated:  FEBRUARY 4, 2019

                LAW OFFICE OF ANDY S. OH, PLLC

                /s/ Andy S. Oh
                _____
                Andy S. Oh, Esq.
                111 South Street, Penthouse
                New York, New York 10038
                Tel: (718) 813-5025
                andyohlegal@outlook.com

                Counsel for defendant GREGORY TOLARAM