Eric R. Breslin
P. Ryan McElduff
Melissa S. Geller
Leah A. Mintz (admitted *pro hac vice*)
**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102-5429
*Attorneys for Mark Graham, Blue Capital Management, Inc.,*
*Blue Alternative Asset Management, LLC,*
*Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM.<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-CV-06249 (VSB)<br><br>**NOTICE OF MOTION TO DISMISS GREAT WESTERN INSURANCE COMPANY'S SECOND AMENDED COMPLAINT BY BLUE DEFENDANTS** |

**TO:** Michael P. Morrissey, Esq.
Steven M. Bierman, Esq.
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019

Nicholas K. Lagemann, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
225 Liberty Street, 36th Floor,
New York, NY 10281

Gerard D. Kelly, Esq.
Stephen W. McInerney, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

PLEASE TAKE NOTICE that on a date and time set at the convenience of the Court, Defendants Mark Graham, Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., and Blue II, Ltd., by and through their attorneys Duane Morris LLP, shall move before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order dismissing Plaintiff's Second Amended Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2) and 12(b)(6). In support of this motion, Defendants will rely on the accompanying memorandum of law and declaration and Mark R. Graham. Oral argument is requested.

Dated: February 5, 2019

        **DUANE MORRIS LLP**
        A DELAWARE LIMITED LIABILITY PARTNERSHIP

          /s/ Eric R. Breslin
By:    Eric R. Breslin, Esq.
        P. Ryan McElduff, Esq.
        Melissa S. Geller, Esq.
        Leah A. Mintz, Esq. (admitted *pro hac vice*)
        **DUANE MORRIS LLP**
        **A Delaware Limited Liability Partnership**
        One Riverfront Plaza
        1037 Raymond Blvd., Suite 1800
        Newark, NJ 07102-5429
        Telephone: +1 973 424 2000
        Fax: +1 973 424 2001
        ERBreslin@duanemorris.com
        PRMcElduff@duanemorris.com
        MSGeller@duanemorris.com
        LMintz@duanemorris.com
        *Attorneys for Mark Graham, Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd.,*

DM1\9354075.1