UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRET WESTERN INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPH RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, GREGORY TOLARAM, ADVANTAGE CAPITAL HOLDING LLC, DAN CATHCART, AND KENNETH KING.<br><br>Defendants. | Case No. 18-cv-06249 (VSB)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and all the prior pleadings and proceedings herein, Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd. ("Sancus"), by and through its attorneys, Seward & Kissel LLP, will move this Court before the Honorable Vernon S. Broderick, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 518, New York, New York 10007, at a time and date convenient for the Court, for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) dismissing the Second Amended Complaint filed by Great Western Insurance Company

with prejudice as to Sancus, and granting such other and further relief as the Court deems just and proper.

New York, New York
February 5, 2019

Respectfully submitted,

SEWARD & KISSEL LLP

By:    /s Jack Yoskowitz
Jack Yoskowitz
Laura E. Miller
Andrew S. Jacobson
Shrey Sharma
One Battery Park Plaza
New York, New York 10004
Tel. (212) 574-1200
Fax: (212) 480-8421
yoskowitz@sewkis.com
millerl@sewkis.com
jacobsona@sewkis.com
sharma@sewkis.com

*Attorneys for Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd.*