UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>- against-<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, GREGORY TOLARAM, ADVANTAGE CAPITAL HOLDING LLC, DAN CATHCART, AND KENNETH KING.<br><br>                    Defendants. | Case No. 1:18-cv-06249-VSB |

**NOTICE OF MOTION TO DISMISS THE SPECIFIC CLAIMS PLEADED AGAINST ABILITY INSURANCE COMPANY, ADVANTAGE CAPITAL HOLDING LLC, DAN CATHCART, AND KENNETH KING**

    **PLEASE TAKE NOTICE** that upon, (i) the Second Amended Complaint, filed on December 19, 2018 (Dkt. 106), in the above-captioned action; (ii) the accompanying Declaration

of Hal S. Shaftel, with attached exhibits; and (iii) the accompanying Defendants Ability Insurance Company, Advantage Capital Holding LLC, Dan Cathcart, and Kennth King's Memorandum of Law in Support of Their Motion to Dismiss the Specific Claims Pleaded Against Movants, defendants Ability Insurance Company, Advantage Capital Holding, LLC, Dan Cathcart, and Kenneth King (collectively, the "Ability Defendants") will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Vernon S. Broderick, at the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Second Amended Complaint as against the Ability Defendants, with prejudice, and for such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        February 5, 2019

                                            GREENBERG TRAURIG, LLP


                                            By: /s/ Hal S. Shaftel
                                                Hal S. Shaftel

                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 801-9200
                                            shaftelh@gtlaw.com

                                            *Attorneys for Defendant
                                            Ability Insurance Company*