

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO<br>SAN FRANCISCO | SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| gkelly@sidley.com<br>(312) 853 2068 | FOUNDED 1866 | | |

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   3/11/2019

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

   Re: *Great Western Ins. Co. v. Mark Graham et al.*, Case No. 18-06249 (VSB)

Dear Judge Broderick:

  I write on behalf of Great Western Insurance Company ("Great Western"). Defendant Mark Graham and defendant-entities Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., and Blue II, Ltd. (together, the "Blue Defendants") filed a Motion to Dismiss Great Western's Second Amended Complaint ("Motion") on February 5, 2019. (Dkt. No. 127.) On January 16, 2019, Graham and the Blue Defendants requested leave to file a 30 page memorandum of law in support of their Motion, five pages over the 25 page limit allowed under the Local Rules and Your Honor's Individual Rules and Practices in Civil Cases. (Dkt. No. 120.) Their request was granted on January 17, 2019. (Dkt. No. 121.)

  Because Graham and the Blue Defendants' memorandum exceeded the page limit, they were able to include additional complex arguments. In order to adequately respond to these arguments, Great Western respectfully requests leave to file a memorandum opposition to Graham and the Blue Defendants' Motion that shall not exceed 30 pages, rather than the 25 pages allowed under the Local Rules and Your Honor's Individual Rules and Practices in Civil Cases.

  Great Western submits that there is good cause for giving it an additional five pages, so that Great Western can sufficiently respond to the arguments made in Graham and the Blue Defendants' 30-page memorandum. Great Western's counsel conferred with Graham and the Blue Defendants' counsel, and Graham and the Blue Defendants do not oppose this request.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.



Hon. Vernon S. Broderick
March 8, 2019
Page 2

      Accordingly, Great Western respectfully requests that it be granted leave to file its memorandum in opposition to Graham and the Blue Defendants' Motion to Dismiss the Second Amended Complaint with an additional five pages, not to exceed 30 pages.

                                  Respectfully submitted,

                                  _____
                                  (admitted *pro hac vice*)

cc:      Counsel of Record (via ECF)

ACTIVE 240872974