LAW OFFICES OF ANDY S. OH, PLLC

andyohleg[...]

718.[...]

**APPLICATION DENIED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 3/18/2019

Defendant Toloarm is directed to respond to the Second Amended Complaint on or before April 1, 2019.

**By ECF**

Hon. Vernon Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Great Western Ins. Co. v. Mark Graham et. al.* (No. 18-cv-6249 (VSB))
      Request for Extension of Time to Answer or Move

Your Honor:

I represent Defendant Gregory Tolaram. I write to request the Court's approval of a stipulated extension of time for Mr. Tolaram to answer or move against the Second Amended Complaint. The current due date is March 15, 2019, and the parties have agreed through counsel to extend that date to May 1, 2019.

Respectfully submitted,


/s/  Andy S. Oh
Andy S. Oh