UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GREAT WESTERN INSURANCE COMPANY,

                     Plaintiff,

              - against-

MARK GRAHAM, DONALD SOLOW, BLUE
CAPITAL MANAGEMENT, INC., BLUE
ALTERNATIVE ASSET MANAGEMENT LLC,
WILMINGTON SAVINGS FUND SOCIETY, FSB,
CHRISTIANA TRUST, REGATTA HOLDINGS LLC,
CYGNET 001 MASTER TRUST, CYGNET 001
MASTER TRUST SERIES 2011-A, CYGNET 001
MASTER TRUST SERIES 2011-C, CYGNET 001
MASTER TRUST SERIES 2013-A, ALPHA RE
LIMITED, ALPHA RE HOLDINGS (CAYMAN)
LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE
ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II
LTD., SANCUS CAPITAL BLUE CREDIT
OPPORTUNITIES FUND LTD., ABILITY
INSURANCE COMPANY, JOHN DRAKE, EDWARD
BRENDAN LYNCH, GREGORY TOLARAM,
ADVANTAGE CAPITAL HOLDING LLC, DAN
CATHCART, AND KENNETH KING.

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:18-cv-06249-VSB

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT ADVANTAGE CAPITAL HOLDINGS LLC

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Advantage Capital Holdings LLC ("ACH") states as follows:

    1.    ACH, a Delaware limited liability company, is majority owned by Advantage Capital Partners, a Delaware limited liability company. Advantage Capital Partners is a privately

held company that has no parent company.  No public company holds 10% or more of ACH's stock.

Dated:  New York, New York
            March 29, 2019

                                     GREENBERG TRAURIG, LLP


By:    /s/ *Hal S. Shaftel*
        Hal S. Shaftel

        200 Park Avenue
        New York, New York 10166
        Tel.:  (212) 801-9200
        Fax:  (2121) 801-6400
        Email:  shaftelh@gtlaw.com

        *Counsel for Defendant*
        *Ability Insurance Company*