UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>- against-<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM, ADVANTAGE CAPITAL HOLDING LLC, DAN CATHCART, AND KENNETH KING.<br><br>                              Defendants. | No. 1:18-cv-06249-VSB<br><br>NOTICE OF APPEARANCE |

To:  The clerk of the court and all parties of record:

   I am admitted to practice in this court, and I appear in this case as counsel for Defendants Advantage Capital Holding LLC, Dan Cathcart, and Kenneth King.

                                        **GREENBERG TRAURIG, LLP**
                                     By: /*s/ Hal S. Shaftel*
                                        Hal S. Shaftel
                                        MetLife Building
                                        200 Park Avenue
                                        New York, NY 10166
                                        (212) 801-9200
                                        shaftelh@gtlaw.com
                                        *Attorneys for Defendants Ability Insurance Company, Advantage Capital Holding LLC, Dan Cathcart, and Kenneth King*

Dated:  April 2, 2019