UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against-<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, GREGORY TOLARAM, ADVANTAGE CAPITAL HOLDING LLC, DAN CATHCART, AND KENNETH KING.<br><br>Defendants. | Case No. 1:18-cv-06249-VSB |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT ADVANTAGE CAPITAL HOLDING LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Advantage Capital Holding LLC ("ACH") states as follows:

1. ACH, a Delaware limited liability company, is majority owned by Advantage Capital Partners, a Delaware limited liability company. Advantage Capital Partners is a privately

held company that has no parent company. No public company holds 10% or more of ACH's stock.

Dated:  New York, New York
April 2, 2019

                GREENBERG TRAURIG, LLP


              By:  <u>/s/ *Hal S. Shaftel*</u>
                  Hal S. Shaftel

                  200 Park Avenue
                  New York, New York 10166
                  Tel.:  (212) 801-9200
                  Fax:  (2121) 801-6400
                  Email:  shaftelh@gtlaw.com

                  *Counsel for Defendants*
                  *Ability Insurance Company,*
                  *Advantage Capital Holding LLC,*
                  *Dan Cathcart, and Kenneth King*