# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

JACK YOSKOWITZ
PARTNER
(212) 574-11215
yoskowitz@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

April 2, 2019

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

   Re: *Great Western Insurance Company v. Mark Graham, et al.*,
       Case No. 18-06249 (VSB)

Dear Judge Broderick:

  We represent Defendant Sancus Capital Blue Credit Opportunities Fund, Ltd. ("Sancus") in the above-referenced action.

  Pursuant to Rule 4.J of Your Honor's Individual Rules & Practices in Civil Cases, Sancus respectfully requests oral argument in connection with its Motion to Dismiss Plaintiff Great Western Insurance Company's Second Amended Complaint (Dkt. No. 128).

              Respectfully submitted,

               s/ Jack Yoskowitz
                Jack Yoskowitz

cc: All counsel (via ECF)