# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

Phone:   (215) 569-5449
Fax:     (215) 689-3884
Email:   hyan@blankrome.com

April 2, 2019

**VIA CM/ECF**

The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

        Re:    *Great Western Insurance Co. v. Mark Graham, et al.,*
               Case No. 1:18-cv-06249 (VSB)

Dear Judge Broderick:

      We are counsel for Defendants Wilmington Savings Fund Society, FSB and Christiana Trust ("WSFS") in the above-referenced matter.

      Per Rule 4.J of Your Honor's Individual Rules & Practices in Civil Cases, WSFS respectfully requests oral argument in connection with its Motion to Dismiss Plaintiff Great Western Insurance Company's Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (ECF 136).

      We thank the Court for its consideration in this matter.

                                                    Respectfully submitted,

                                                    */s/ Huaou Yan*
                                                    Huaou Yan

cc:    All Counsel of Record (by CM/ECF)