**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

GREET WESTERN INSURANCE COMPANY,          :

:

Plaintiff,          :          Civil Action No. 18-cv-06249-VSB

:

vs.          :

:

MARK GRAHAM, DONALD SOLOW, BLUE          :          Hon. Vernon S. Broderick
CAPITAL MANAGEMENT, INC., BLUE          :
ALTERNATIVE ASSET MANAGEMENT LLC,          :
WILMINGTON SAVINGS FUND SOCIETY,          :
FSB, CHRISTIANA TRUST, REGATTA          :
HOLDINGS LLC, CYGNET 001 MASTER          :
TRUST, CYGNET 001 MASTER TRUST SERIES          :
2011-A, CYGNET 001 MASTER TRUST SERIES          :
2011-C, CYGNET 001 MASTER TRUST SERIES          :
2013-A, ALPHA RE LIMITED, ALPHA RE          :
HOLDINGS (CAYMAN) LIMITED, ATLANTIC          :
SPECIALTY FINANCE, BLUE ELITE FUND          :
LTD., BLUE ELITE FUND LP, BLUE II LTD.,          :
SANCUS CAPITAL BLUE CREDIT          :
OPPORTUNITIES FUND LTD., ABILITY          :
INSURANCE COMPANY, JOHN DRAKE,          :
EDWARD BRENDAN LYNCH, GREGORY          :
TOLARAM, ADVANTAGE CAPITAL HOLDING          :
LLC, DAN CATHCART, AND KENNETH KING.          :

:

Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANTS DRAKE AND LYNCH ONLY,**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

WHEREAS, Plaintiff Great Western Insurance Co. ("Plaintiff") has reached binding

settlement agreements with Defendants John Drake ("Drake") and Edward Brendan Lynch

("Lynch"); and

WHEREAS, neither Drake nor Lynch has filed an answer, asserted any counterclaims or moved for summary judgment in the above-captioned action, such that Plaintiff may voluntarily dismiss this action as to them without an order of the Court by filing this Notice;

PLEASE TAKE NOTICE THAT: Plaintiff hereby voluntarily dismisses **with prejudice** the above-captioned action **as to Drake and Lynch only**.

Dated: April 24, 2019

SIDLEY AUSTIN LLP

By: */s/ Gerard D. Kelly*_____
    Gerard D. Kelly
    (admitted *pro hac vice*)
    gkelly@sidley.com
    Stephen W. McInerney
    (admitted *pro hac vice*)
    smcinerney@sidley.com

    One South Dearborn Street
    Chicago, Illinois 60603
    (312) 853-7000

    Steven M. Bierman
    sbierman@sidley.com
    Michael P. Morrissey
    mmorrissey@sidley.com

    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

    Nicholas K. Lagemann
    nlagemann@mdmc-law.com
    McElroy, Deutsch, Mulvaney & Carpenter,  LLP
    225 Liberty Street
    36th Floor
    New York NY 10281
    (973) 425-0161

ACTIVE 242649496