UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GREAT WESTERN INSURANCE COMPANY,

                Plaintiff,

vs.

MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, GREGORY TOLARAM, ADVANTAGE CAPITAL HOLDING LLC, DAN CATHCART, AND KENNETH KING.

                Defendants.

------------------------------------- X

Civil Action No. 18-cv-06249-VSB

Hon. Vernon S. Broderick

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS DRAKE AND LYNCH ONLY,
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

WHEREAS, Plaintiff Great Western Insurance Co. ("Plaintiff") has reached binding settlement agreements with Defendants John Drake ("Drake") and Edward Brendan Lynch ("Lynch"); and

WHEREAS, neither Drake nor Lynch has filed an answer, asserted any counterclaims or moved for summary judgment in the above-captioned action, such that Plaintiff may voluntarily dismiss this action as to them without an order of the Court by filing this Notice;

PLEASE TAKE NOTICE THAT: Plaintiff hereby voluntarily dismisses **with prejudice** the above-captioned action **as to Drake and Lynch only**.

Dated: April 24, 2019

SIDLEY AUSTIN LLP

By: /s/ *Gerard D. Kelly*
    Gerard D. Kelly
    (admitted *pro hac vice*)
    gkelly@sidley.com
    Stephen W. McInerney
    (admitted *pro hac vice*)
    smcinerney@sidley.com

One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Steven M. Bierman
sbierman@sidley.com
Michael P. Morrissey
mmorrissey@sidley.com

787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Nicholas K. Lagemann
nlagemann@mdmc-law.com
McElroy, Deutsch, Mulvaney & Carpenter, LLP
225 Liberty Street
36th Floor
New York NY 10281
(973) 425-0161

SO ORDERED:

/s/ Vernon Broderick
HON. VERNON S. BRODERICK  4/25/2019
UNITED STATES DISTRICT JUDGE