UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>   *Plaintiff*,<br><br>vs.<br><br>MARK GRAHAM, DONALD SOLOW, BLUE CAPITAL MANAGEMENT, INC., BLUE ALTERNATIVE ASSET MANAGEMENT LLC, WILMINGTON SAVINGS FUND SOCIETY, FSB, CHRISTIANA TRUST, REGATTA HOLDINGS LLC, CYGNET 001 MASTER TRUST, CYGNET 001 MASTER TRUST SERIES 2011-A, CYGNET 001 MASTER TRUST SERIES 2011-C, CYGNET 001 MASTER TRUST SERIES 2013-A, ALPHA RE LIMITED, ALPHA RE HOLDINGS (CAYMAN) LIMITED, ATLANTIC SPECIALTY FINANCE, BLUE ELITE FUND LTD., BLUE ELITE FUND LP, BLUE II LTD., SANCUS CAPITAL BLUE CREDIT OPPORTUNITIES FUND LTD., ABILITY INSURANCE COMPANY, JOHN DRAKE, EDWARD BRENDAN LYNCH, AND GREGORY TOLARAM,<br><br>   *Defendants*. | Civil Action No. 18-cv-06249<br><br>Hon. Vernon S. Broderick |

## MOTION AND [PROPOSED] ORDER OF WITHDRAWAL OF APPEARANCE OF MICHAEL MORRISSEY, ESQ.

Pursuant to Local Civil Rule 1.4, Plaintiff Great Western Insurance Company ("Great Western"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Michael Morrissey, Esq., as counsel on its behalf. Great Western further requests that the email address, mmorrissey@sidley.com, be removed from the ECF service notification list for this case.

Sidley Austin has represented Great Western throughout the pendency of this action and will continue to do so. Mr. Morrissey is no longer associated with Sidley Austin and will not

continue to represent Great Western in this case. Mr. Morrissey's withdrawal will not affect the posture of this action.

Dated: New York, New York
       May 24, 2019

Respectfully submitted,

By: /s/ Gerard D. Kelly
    Gerard D. Kelly
    SIDLEY AUSTIN LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 839-5300
    Facsimile: (212) 839-5599
    Email: gkelly@sidley.com

*Attorneys for Plaintiff Great Western Insurance Company*

ENTERED this 28th day of May, 2019
SO ORDERED

Vernon S. Broderick
United States District Judge