

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

SMCINERNEY@SIDLEY.COM
+1 312 853 3766

June 19, 2019

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 6/20/2019

The Court notes that the parties' proposal postpones all deadlines by one week with the exception of the deadline for Defendant Mr. Tolaram's reply brief, which remains due by July 17, 2019. If the parties intended to set a different deadline, they are directed to inform the Court what date they propose.

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *Great Western Ins. Co. v. Mark Graham, et al.*, Case No. 18-06249 (VSB)

Dear Judge Broderick:

We represent plaintiff Great Western Insurance Company ("Great Western"). Due to a family emergency, counsel for defendant Gregory Tolaram has requested, and we have agreed, to a postponement of Mr. Tolaram's deposition on jurisdictional issues, previously scheduled for June 19, 2019. Counsel for Great Western and Mr. Tolaram have agreed that the deposition will now be taken on June 26, 2019. Consequently, Great Western and Mr. Tolaram request a slightly modified schedule to account for this delay, pushing all remaining deadlines back by one week.

To this end, Great Western and Mr. Tolaram propose the following schedule for jurisdictional discovery and briefing:

- June 26, 2019 – Deposition of Mr. Tolaram on jurisdictional issues via videoconference/telephone.

- July 3, 2019 – Mr. Tolaram shall complete his review of the deposition transcript and submit any errata sheets with respect thereto.

- July 10, 2019 – Great Western's opposition to Mr. Tolaram's motion to dismiss shall be due.

- July 17, 2019 – Mr. Tolaram's reply brief shall be due.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

The Honorable Vernon S. Broderick
June 19, 2019
Page 2

      Great Western and Mr. Tolaram thank the Court for its consideration.

                            Respectfully submitted,

                            */s/ Stephen W. McInerney*
                            Stephen W. McInerney
                            (admitted *pro hac vice*)

cc:      Counsel of Record (via ECF)