*LAW OFFICES OF ANDY S. OH, PLLC*
andyohlegal@outlook.com
718.813.5025

**By ECF**                                                                June 21, 2019

Hon. Vernon Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Great Western Ins. Co. v. Mark Graham et. al.* (No. 18-cv-6249 (VSB))
             <u>Request for Extension of Time</u>

Your Honor:

I represent Defendant Gregory Tolaram and I write in response to the Court's Order dated June 20, 2019 (Dkt. No. 178). As noted in that Order, Mr. Tolaram's reply brief remains due by July 17, 2019 even though the remaining dates in connection with his jurisdictional deposition were adjusted. This was due to an oversight on my part. Thus, I respectfully request that the deadline to Mr. Tolaram's reply submission be extended until July 24, 2019. Counsel for Plaintiff does not object to this request. Thank you.

Respectfully submitted,


/s/  Andy S. Oh
Andy S. Oh