UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MARK GRAHAM, DONALD SOLOW, BLUE : <br> CAPITAL MANAGEMENT, INC., BLUE : <br> ALTERNATIVE ASSET MANAGEMENT LLC, : <br> WILMINGTON SAVINGS FUND SOCIETY, : <br> FSB, CHRISTIANA TRUST, REGATTA : <br> HOLDINGS LLC, CYGNET 001 MASTER : <br> TRUST, CYGNET 001 MASTER TRUST SERIES : <br> 2011-A, CYGNET 001 MASTER TRUST SERIES : <br> 2011-C, CYGNET 001 MASTER TRUST SERIES : <br> 2013-A, ALPHA RE LIMITED, ALPHA RE : <br> HOLDINGS (CAYMAN) LIMITED, ATLANTIC : <br> SPECIALTY FINANCE, BLUE ELITE FUND : <br> LTD., BLUE ELITE FUND LP, BLUE II LTD., : <br> SANCUS CAPITAL BLUE CREDIT : <br> OPPORTUNITIES FUND LTD., ABILITY : <br> INSURANCE COMPANY, JOHN DRAKE, : <br> EDWARD BRENDAN LYNCH, AND GREGORY : <br> TOLARAM. : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:18-CV-06249 (VSB) <br><br> **WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney withdraws his appearance on behalf of Defendants Mark Graham, Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd. in the captioned matter.

Dated: June 25, 2019         DUANE MORRIS LLP

By: */s/ Patrick Ryan McElduff*

DM1\9726215.1

## CERTIFICATE OF SERVICE

     I certify that on June 25, 2019, I caused true copies of the foregoing Withdrawal of Appearance to be served upon all counsel of record via ECF.

                              */s/ James W. Carbin*
                              Duane Morris LLP
                              One Riverfront Plaza
                              1037 Raymond Blvd., Suite 1800
                              Newark, New Jersey 07102-3889
                              (973) 424-2000
                              JWcarbin@duanemorris.com
                              *Attorneys for Mark Graham, Blue Capital Management, Inc.,*
*Blue Alternative Asset Management, LLC,*
*Blue Elite Fund, Ltd., Blue Elite Fund, L.P.,*
*Blue II, Ltd.*