UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GREET WESTERN INSURANCE COMPANY, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| MARK GRAHAM, DONALD SOLOW, BLUE : | |
| CAPITAL MANAGEMENT, INC., BLUE : | |
| ALTERNATIVE ASSET MANAGEMENT LLC, : | |
| WILMINGTON SAVINGS FUND SOCIETY, : CIVIL ACTION NO. |
| FSB, CHRISTIANA TRUST, REGATTA : 1:18-CV-06249 (VSB) |
| HOLDINGS LLC, CYGNET 001 MASTER : |
| TRUST, CYGNET 001 MASTER TRUST SERIES : |
| 2011-A, CYGNET 001 MASTER TRUST SERIES : |
| 2011-C, CYGNET 001 MASTER TRUST SERIES : **WITHDRAWAL OF APPEARANCE** |
| 2013-A, ALPHA RE LIMITED, ALPHA RE : |
| HOLDINGS (CAYMAN) LIMITED, ATLANTIC : |
| SPECIALTY FINANCE, BLUE ELITE FUND : |
| LTD., BLUE ELITE FUND LP, BLUE II LTD., : |
| SANCUS CAPITAL BLUE CREDIT : |
| OPPORTUNITIES FUND LTD., ABILITY : |
| INSURANCE COMPANY, JOHN DRAKE, : |
| EDWARD BRENDAN LYNCH, AND GREGORY : |
| TOLARAM. : |
| : |
| Defendants. : |

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J. 6/26/2019

**PLEASE TAKE NOTICE** that the undersigned attorney withdraws his appearance on behalf of Defendants Mark Graham, Blue Capital Management, Inc., Blue Alternative Asset Management, LLC, Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd. in the captioned matter.

Dated: June 25, 2019                     DUANE MORRIS LLP

                                         By: */s/ Patrick Ryan McElduff*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2019, I caused true copies of the foregoing Withdrawal of Appearance to be served upon all counsel of record via ECF.

> */s/ James W. Carbin*
> Duane Morris LLP
> One Riverfront Plaza
> 1037 Raymond Blvd., Suite 1800
> Newark, New Jersey 07102-3889
> (973) 424-2000
> JWcarbin@duanemorris.com
> *Attorneys for Mark Graham, Blue Capital Management, Inc.,*
> *Blue Alternative Asset Management, LLC,*
> *Blue Elite Fund, Ltd., Blue Elite Fund, L.P., Blue II, Ltd.*