# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

*Phone:* (215) 569-5449
*Fax:* (215) 689-3884
*Email:* hyan@blankrome.com

September 3, 2020

**VIA CM/ECF**
The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/8/2020

Re: *Great Western Insurance Co. v. Mark Graham, et al.*, No. 18-cv-06249

Dear Judge Broderick:

This firm represents Defendants Wilmington Savings Fund Society, FSB and Christiana Trust ("WSFS") in the above-referenced matter. We submit this letter jointly with Plaintiff Great Western Insurance Co. ("Great Western").

The Court's July 23, 2020 Order setting the schedule for jurisdictional discovery (ECF 192) requires Great Western and WSFS to submit any letter motions regarding any discovery disputes by September 4, 2020.

On August 25, 2020, Great Western and WSFS met and conferred regarding the jurisdictional discovery. Since that time, the parties have been working diligently and in good faith to resolve their disputes without the Court's intervention.

Given this progress, Great Western and WSFS respectfully request that this Court extend the deadline for the parties to file any letter motions regarding jurisdictional discovery (if necessary) from September 4, 2020 to September 18, 2020, and opposition letter motions from September 11, 2020 to September 25, 2020. Both parties are hopeful that they can resolve many of their current disputes within the next two weeks without the Court's intervention.

BLANKROME

The Honorable Vernon S. Broderick
September 3, 2020
Page 2

      We thank the Court for its courtesy and consideration.

                                   Respectfully submitted,

                                   */s/ Huaou Yan*

                                   Huaou Yan

cc: All counsel of record (via CM/ECF)