USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT WESTERN INSURANCE COMPANY,

                      **Plaintiff,**

          **-against-**

**MARK GRAHAM, et al.,**

                      **Defendants.**
-----------------------------------------------------------------X

18-CV-06249 (VSB) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 7, 2021, the Honorable Vernon S. Broderick referred this matter to me for general pretrial supervision.

The parties filed discovery letter motions last year that appear outstanding. In light of the passage of time, the parties are directed to submit updated letters indicating what disputes remain outstanding. Such letters shall be filed no later than July 16, 2021, and shall not exceed five pages. The Clerk of Court is directed to terminate the motions pending at ECF Nos. 196 and 212.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 9, 2021
                 New York, New York