UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT WESTERN INSURANCE COMPANY,

                      **Plaintiff,**                      18-CV-06249 (VSB) (SN)

      **-against-**                      **ORDER**

MARK GRAHAM, et al.,

                      **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' letters regarding the jurisdictional discovery dispute, a discovery conference is scheduled for Tuesday, August 3, 2021, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757, and enter access code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 21, 2021
                New York, New York