```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**GREAT WESTERN INSURANCE COMPANY,**

                      **Plaintiff,**                **18-CV-06249 (VSB) (SN)**

           **-against-**                         **ORDER**

**MARK GRAHAM, et al.,**

                      **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared before me on August 3, 2021, to discuss the disputes related to jurisdictional discovery raised in Plaintiff's July 20, 2021 letter. For the reasons stated on the record, Plaintiff's motion to compel is DENIED.

       The schedule laid out by Judge Vernon S. Broderick's July 23, 2020 Order is modified as follows:

- Defendants will produce jurisdictional discovery by August 24, 2021.
- Depositions will be conducted by September 30, 2021.
- The Jurisdiction Defendants may refile their motions to dismiss that were denied without prejudice, after which Great Western and the Jurisdiction Defendants shall promptly refile their responses and replies thereto. Opening supplemental briefs on jurisdiction shall be filed by October 29, 2021. Responses to opening supplemental briefs on jurisdiction shall be filed by November 12, 2021.

       In addition, the parties shall file a status letter on August 13, 2021, which shall include a proposed schedule for discovery relating to the Defendants not subject to jurisdictional discovery. The Clerk of Court is respectfully directed to deny the motion at ECF No. 222.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:    August 3, 2021
                New York, New York