UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY,

                               Plaintiff,                     18-CV-06249 (VSB)(SN)

        -against-                                       <u>ORDER</u>

MARK GRAHAM, et al.,

                               Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A joint letter informing the Court about the status of discovery shall be filed by Tuesday, November 23, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
               October 8, 2021