UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GREEN WESTERN INSURANCE COMPANY,

                                  Plaintiff,                                  18-CV-06249 (LTS)(SN)

        -against-                                 **SETTLEMENT CONFERENCE ORDER**

MARK GRAHAM, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for April 20, 2022, at 10 a.m. In the weeks before the conference, the Court will inform the parties whether it will be held telephonically or in-person. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, April 13, 2022.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                       _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       New York, New York
                   February 24, 2022