```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**GREAT WESTERN INSURANCE COMPANY,**

                                  **Plaintiff,**        **18-CV-06249 (LTS)(SN)**

   -against-                                               **ORDER**

**MARC GRAHAM, et al.,**

                                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Monday, April 25, 2022, at 3:00 p.m. to report on the status of discovery and discuss the discovery issues raised in the parties' March 28, 2022, letter to the Court. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:    New York, New York
               March 29, 2022