UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY,

                Plaintiff,                              18-CV-06249 (LTS)(SN)

      -against-                                    **ORDER**

MARK GRAHAM, et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A conference on the status of discovery was held on April 25, 2022. ECF No. 299. Non-jurisdictional document discovery shall close on July 25, 2022. The parties shall file a letter on the status of discovery no later than June 24, 2022. The Court may revisit this schedule once a decision is issued on the defendants' pending motions to dismiss. See ECF Nos. 239 & 242.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              April 25, 2022