UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY,

                Plaintiff,                           18-CV-06249 (LTS)(SN)

      -against-                                  **ORDER**

MARK GRAHAM, et al.,

                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Great Western and the Ability Defendants report that they are unable to reach agreement on the scope of search terms to identify relevant electronically stored information. ECF Nos. 316, 317. Great Western describes the dispute as one where the Ability Defendants have "unilateral[ly]" stopped searching for and producing documents; and the Ability Defendants contend that Great Western's proposed search terms hit on too many nonresponsive documents to justify the burden and expense of further review.

      These parties are ORDERED to discuss whether narrowed search terms or the search of limited custodians may resolve this dispute. As part of this negotiation, the Ability Defendants are ORDERED to provide responsive hit reports for proposed terms/custodians. The Court will hold a conference on September 13, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Should the parties resolve this dispute in advance of this date, they shall notify the Court and the conference will be adjourned. Parties not involved in this dispute need not appear.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     New York, New York
                September 1, 2023