UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY,

                      Plaintiff,

    -against-

MARK GRAHAM, et al.,

                      Defendants.
-------------------------------------------------------------------X

18-CV-06249 (LTS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2023

**SARAH NETBURN, United States Magistrate Judge:**

    By December 19, 2023, the parties shall file a joint letter updating the Court on the status of discovery. That letter shall include the parties' recommendations on how to proceed with discovery in light of the pending motions to dismiss. ECF Nos. 239, 242. If the parties believe that discovery deadlines would be helpful, the parties shall propose such deadlines in their letter.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              December 13, 2023