UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY,

                        Plaintiff,

    -against-

MARK GRAHAM, et al.,

                        Defendants.
-----------------------------------------------------------------X

18-CV-06249 (LTS)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/2024

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Friday, January 12, 2024, at 2:30 p.m. to discuss the parties' positions with respect to discovery. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              January 4, 2024