UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GREAT WESTERN INSURANCE COMPANY,

                    **Plaintiff,**                    18-CV-06249 (LTS)(SN)

      -against-                                 **ORDER**

**MARK GRAHAM, et al.,**

                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    For the reasons stated on the record, the discovery stay is LIFTED for the limited purpose of exchanging document discovery. All document discovery, including document production and privilege logs, shall be exchanged by May 31, 2024. To clarify, this order does not reopen document discovery between parties who have already completed such discovery. The parties are further ordered to meet and confer with respect to authorized new discovery demands to promote efficiencies and mitigate redundancies.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                January 12, 2024