**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

Partha P. Chattoraj
Direct: 212.616.7076
pchattoraj@abv.com

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

October 15, 2025

**BY ECF**

The Honorable Laura Taylor Swain
Chief District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*Great Western Insurance Company v. Graham et al.*
No. 1:18-cv-06249-LTS-SN (S.D.N.Y.)

Dear Chief Judge Swain:

I represent Plaintiff in the above-captioned action. I am writing pursuant to SDNY ECF Rule 21.7 ("Rule 21.7"), to address a mistaken public filing of sensitive and confidential information.

On October 13, 2025 at 9:44 PM, I electronically filed Plaintiff's Letter Motion to Seal (ECF Doc. No. 475) in this action, with 62 attachments thereto (ECF Doc. Nos. 475-1 to 475-62), in connection with Plaintiff's opposition to Defendants' Motions for Summary Judgment in the above-captioned action. (Redacted slip sheets for those materials were filed on the public docket.)

Due to an inadvertent technical error in the filing process, the designation for "sealed filings" was not applied to the attached materials, so the attachments were inadvertently filed on the public docket, contrary to my intention when filing.

In order to remedy the error, I went in person to the Court's ECF Help Desk on the morning of October 14, 2025, less than 12 hours after the filing, and sought relief pursuant to Rule 21.7. The ECF Help Desk personnel immediately placed the 62 attachments under restricted access.

Hon. Laura Taylor Swain
October 15, 2025
Page 2

       As required by Rule 21.7, I am now writing to request that the Court formally seal these 62 attachments (ECF Doc. Nos. 475-1 to 475-62), pending the Court's decision on Plaintiff's Letter Motion to Seal (which remains correctly filed on the public docket, at ECF Doc. No. 475).

       I thank the Court for its attention to this request.

       Respectfully submitted,

       Partha P. Chattoraj

cc:    All counsel of record (by ECF)

The foregoing request is granted. The Clerk is directed to seal the foregoing, pending the Court's decision on the motion to seal. This resolves DE # 478.
SO ORDERED.
10/16/2025
/s/ Laura Taylor Swain, Chief USDJ