UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREAT WESTERN INSURANCE COMPANY,

        Plaintiff,

    v.

MARK GRAHAM, et al.,

        Defendants.

18-CV-06249-LTS-SN

---

ORDER

        The Memorandum Opinion and Order dated January 6, 2026 (docket entry no. 505) erroneously stated that this action was referred to Magistrate Judge Cave for general pretrial management (id. at 34). The action remains referred to Magistrate Judge Sarah Netburn for general pretrial management, and the parties should submit their joint letter to Magistrate Judge Netburn.

SO ORDERED.

Dated: New York, New York
      January 7, 2026

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge