UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GREAT WESTERN INSURANCE COMPANY,

                  Plaintiff,

    -v-                                           18 CV 6249-LTS-SN

MARK GRAHAM, DONALD SOLOW, BLUE
CAPITAL MANAGEMENT, INC., BLUE
ALTERNATIVE ASSET MANAGEMENT
LLC, WILMINGTON SAVINGS FUND
SOCIETY, FSB, CHRISTIANA TRUST,
REGATTA HOLDINGS LLC, CYGNET 001
MASTER TRUST, CYGNET 001 MASTER
TRUST SERIES 2011-A, CYGNET 001
MASTER TRUST SERIES 2011-C, CYGNET
001 MASTER TRUST SERIES 2013-A,
ALPHA RE LIMITED, ALPHA RE
HOLDINGS (CAYMAN) LIMITED,
ATLANTIC SPECIALTY FINANCE, BLUE
ELITE FUND LTD., BLUE ELITE FUND LP,
BLUE II LTD., SANCUS CAPITAL BLUE
CREDIT OPPORTUNITIES FUND LTD.,
ABILITY INSURANCE COMPANY, JOHN
DRAKE, EDWARD BRENDAN LYNCH,
GREGORY TOLARAM, ADVANTAGE
CAPITAL HOLDING LLC, DAN
CATHCART, AND KENNETH KING.,

                  Defendant(s).
-------------------------------------------------------x

**ORDER**

        In light of the pending motion, the final pretrial conference in this matter currently scheduled for **Friday, April 17, 2026**, is hereby adjourned to **Friday, July 17, 2026, at 11:00 am**. This order resolves Docket Entry No. 530.

        SO ORDERED.

Dated: New York, New York
      April 16, 2026

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   United States District Judge