UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREAT WESTERN INSURANCE COMPANY,

                                    Plaintiff,

                    -against-

MARK GRAHAM, et al.,

                                    Defendants.
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/1/2026 __
```

18-CV-06249 (LTS) (SN)

ORDER

SARAH NETBURN, United States Magistrate Judge:

The requests by counsel, via email, for the Ability Defendants and the Blue Defendants to attend the June 8, 2026 conference remotely are GRANTED. Counsel appearing remotely should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. Counsel are reminded that, in the future, all such applications must be filed on the docket.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:      June 1, 2026
            New York, New York