UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT WESTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARK GRAHAM, et al.,<br><br>Defendants. | 18-CV-06249-LTS-SN |

ORDER

In light of the pending motions, the final pretrial conference in this matter currently scheduled for Friday, July 17, 2026, is hereby adjourned to Friday, October 23, 2026, at 11:00am, and the related deadlines remain suspended pending further order of the Court.

SO ORDERED.

Dated: New York, New York
July 13, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge