USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**GREAT WESTERN INSURANCE COMPANY,**

**Plaintiff,**

**-against-**

**MARK GRAHAM, et al.,**

**Defendants.**
-----------------------------------------------------------------X

**18-CV-06249 (LTS) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 14, 2026, Chief Judge Swain directed the parties to promptly contact my chambers to request a settlement conference and to discuss any necessary further proceedings. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 15, 2026
New York, New York